Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request #5897216 for Applicant SSN 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

Page 1 of 1
Signature Forms

# Electronic Questionnaires for Investigations Processing (e-QIP)
## Investigation Request #5897216

## SIGNATURE FORMS

The signature(s) in this document refer to information on forms submitted in the e-QIP Investigation Request #5897216. The signature on the statement below is as valid as directly signing the same statement on a printed e-QIP Investigation Request #5897216 Official Archival Copy. This signed statement and an image of each page from the e-QIP Investigation Request #5897216 Official Archival Copy will be considered official record.

Sign and submit all forms in this document to the office that initiated your Investigation Request.

**Data Hash Code: 218d621723b101d238f56be39922373bfd399f63**
**Official Archival Copy PDF Hash Code: 4ef1fbff1ff1d3bbb497f8149e0d0f9f841ff322**
**Date/Time Certified in the e-QIP System: 2009-06-07 11:16:32.524**
**Applicant's Social Security Number: 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**

## Questionnaire for National Security Positions (SF86 Format)
OMB No. 3206-0005

### Certification

My statements on this form, and on any attachments to it, are true, complete, and correct to the best of my knowledge and belief and are made in good faith. I have carefully read the foregoing instructions to complete this form. I understand that a knowing and willful false statement on this form can be punished by fine or imprisonment or both (18 U.S.C. 1001). I understand that intentionally withholding, misrepresenting, or falsifying information may have a negative effect on my security clearance, employment prospects, or job status, up to and including denial or revocation of my security clearance, or my removal and debarment from Federal service.

| Signature *(Sign in ink)* | Date |
| --- | --- |
| *[signature]* | 06/11/09 |

Standard Form 86-2
Revised July 2008
U.S. Office of Personnel Management
5 CFR Parts 731, 732, and 736

**QUESTIONNAIRE FOR
NATIONAL SECURITY POSITIONS**

Form approved:
OMB No. 3206-0005
NSN 7540-00 634-4038
86-111

# UNITED STATES OF AMERICA

### AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION PURSUANT
### TO THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT (HIPAA)

If you answered "Yes" to Question 21, carefully read this authorization to release information about you, then sign and date it in ink.

**Instructions for Completing this Release**
This is a release for the investigator to ask your health practitioner(s) the questions below concerning your mental health consultations. Your signature will allow the practitioner(s) to answer only these questions.

**Authorization**
I am seeking assignment to or retention in a national security position. As part of the clearance process, I hereby authorize the investigator, special agent, or duly accredited representative of the authorized Federal agency conducting my background investigation, to obtain the following information relating to my mental health consultations.

In accordance with HIPAA, I understand that I have the right to revoke this authorization at any time by writing to the U.S. Office of Personnel Management. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization. Further, I understand that this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

I understand the information disclosed pursuant to this release is for use by the Federal Government only for purposes provided in the Standard Form 86 and that it may be disclosed by the Government only as authorized by law, but will no longer be subject to the HIPAA privacy rule.

Photocopies of this authorization with my signature are valid. This authorization is valid for one (1) year from the date signed or upon termination of my affiliation with the Federal Government, whichever is sooner.

| Signature *(Sign in ink)* | Full name *(Type or print legibly)*<br>Moshea John Jones | Date signed *(mm/dd/yyyy)* |
|---|---|---|
| Other names used<br>John Moshea Jones | | Social Security Number |
| Current street address          Apt.#<br>310 Woodstock Dr. SW | City *(Country)*<br>Atlanta | State<br>GA | Zip Code<br>30331 | Home telephone number<br>404-699-0574 |

**For Use By Practitioner(s) Only**

| Does the person under investigation have a condition that could impair his or her judgment, reliability, or ability to properly safeguard classified national security information? |
|---|
| ☐ YES  ☐ NO |
| If so, describe the nature of the condition and the extent and duration of the impairment or treatment. |
| | 
| What is the prognosis? |

| Signature *(Sign in ink)* | Practitioner name | Date signed *(mm/dd/yyyy)* |
|---|---|---|

**e-QIP Version 2**
**e-QIP Investigation Request #5897216**                              **e-QIP Document Type MEL**

224



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

## OFFICE OF THE SECRETARY
## EQUAL EMPLOYMENT OPPORTUNITY
## FORMAL INDIVIDUAL COMPLAINT FORM FOR EMPLOYMENT
## DISCRIMINATION
### Agency File No.: __HHS-OS-0013-2010__

| FORMAL COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT | |
|---|---|
| **AUTHORITY:** <br> **PURPOSE:** <br><br><br> **ROUTINE USES:** <br><br><br><br><br><br> **DISCLOSURE:** | 42 U.S.C. 2000e-16(b) and (c); 29 U.S.C. Chapter 14; E.O. 12106. <br> Used for processing complaints of discrimination based on race, color, national origin, religion, sex, age, physical or mental disability, and/or retaliation by agency civilian employees, former employees, or applicants for employment. <br> Information will be used: (a) as a data source for complaint information for production of summary descriptive statistics and analytical studies of complaints processing and resolution efforts and may also be used to respond to general requests for information under the Freedom of Information Act; (b) to respond to requests from legitimate outside individuals or agencies (Congress, White House, Equal Employment Opportunity Commission) regarding the status of a complaint or appeal; or (c) to adjudicate a complaint or appeal. <br> Voluntary; however, failure to complete all appropriate portions of this form may lead to dismissal of a complaint on the basis of inadequate data on which to determine if a complaint is acceptable. |

| 1. NAME OF COMPLAINANT: <br><br> MOSHEA JOHN JONES | 2. HOME ADDRESS: <br><br> 310 Woodstock Dr. S.W. <br> Atlanta, GA 30331 |
|---|---|

| 3a. HOME PHONE NO: <br> 404.694.0120 | 3b. WORK PHONE NO: <br> N/A | 4. NAME AND ADDRESS OF AGENCY WHERE YOU CURRENTLY WORK: <br><br> N/A |
|---|---|---|
| 5. DO YOU HAVE A REPRESENTATIVE? <br><br> ☐ a. YES (Complete Item 6)   ☑ b. NO | | |

| 6. IF YES, PROVIDE NAME, ADDRESS, AND PHONE NO. OF REPRESENTATIVE: <br><br><br><br><br><br><br><br> IS YOUR REPRESENTATIVE AN ATTORNEY? <br> ☐ YES   ☐ NO | 7a. NAME AND ADDRESS OF AGENCY WHERE ALLEGATION(S) OCCURRED: <br> DHHS/OIG/OAS <br><br> 61 Forsyth Street S.W. <br> Suite 3T41 <br><br> 7b. NAME AND TITLE OF MANAGEMENT OFFICIAL RESPONSIBLE FOR THE ALLEGED DISCRIMINATION: <br> Peter J. Barbera, RIGA <br> Brian C. Johnson, Audit manager |
|---|---|

| 8. DATE OF EACH INCIDENT OF ALLEGED DISCRIMINATION: | 9. ARE YOU A BARGAINING UNIT EMPLOYEE? ☑ YES ☐ NO | 10. ARE YOU AN AGENCY EMPLOYEE OR APPLICANT? ☑ a. EMPLOYEE: TITLE, SERIES, GRADE  I.T. Auditor GS-05  b. APPLICANT |
|---|---|---|

**11. REASON YOU BELIEVE YOU WERE DISCRIMINATED AGAINST ("X" BELOW):**

| a. RACE (Specify): | | e. DISABILITY (Specify): ☐ Physical: ___ ☑ Mental: ADHD |
|---|---|---|
| b. COLOR (Specify): | | f. AGE (If so, state your Age and Date of Birth): |
| c. RELIGION (Specify): | | g. SEX (Specify): |
| d. NATIONAL ORIGIN (Specify): | | h. RETALIATION (If so, state date and nature of your participation in an EEO-protected activity or opposition to discriminatory practices.): Opposition to discriminatory practices occurring October 19-24, 20 while on audit (FSU), GRIEVANCE FIL |

| 12a. DID YOU DISCUSS YOUR COMPLAINT WITH AN EEO COUNSELOR? ☑ a. YES (Complete 12b) ☐ b. NO | 12b. IF "YES," NAME OF EEO COUNSELOR: Les Jennings | CONTACTED AN EEO COUNSELOR: | NOTICE OF FINAL INTERVIEW/RIGHT TO FILE: |
|---|---|---|---|

**14. TELL BRIEFLY HOW YOU WERE DISCRIMINATED AGAINST:** Identify the specific incidents or events and dates on which they occurred; *i.e.*, tell how you were treated differently from other employees or applicants because of your race, color, religion, sex, national origin, age, mental or physical disability, or retaliation. See Instructions. I believe I was discriminated based on the following with respect to my disability: PER YOUR REQUEST Failure of Management to Provide Reasonable Accommodation(s) - CLARIFICATION Harassment July thru Illegal Termination JAN 28, 2010 DOCUMENT SENT VIA Retaliation for opposition to discrimintory practices (OCT 19-24, 2010) CERTIFIED Hostile Work Environment EEO U.S.P.S.

**15. REMEDY/RESOLUTION:** Please describe the terms, conditions, corrective actions, and remedial relief you are seeking in resolving/adjudicating your complaint.
A Formal apology   Reasonable Accommodation   Cease Harassment
Full Reinstatement   Mitigating Damages   NO Additional Form(s) of Retaliation

| 16. HAVE ANY OF THE INCIDENTS LISTED IN ITEM 14 BEEN APPEALED TO THE MERIT SYSTEMS PROTECTION BOARD (MSPB) OR FILED UNDER A NEGOTIATED GRIEVANCE PROCEDURE? ☐ a. YES Explain. (Include date and case number.) ☑ b. NO | 17. SIGNATURE OF COMPLAINANT: | |
|---|---|---|
| | 18. DATE COMPLAINT SIGNED: APRIL 62410 | 19. DATE COMPLAINT FILED (EEO OFFICE USE): |

269



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

## OFFICE OF THE SECRETARY
## EQUAL EMPLOYMENT OPPORTUNITY
## FORMAL INDIVIDUAL COMPLAINT FORM FOR EMPLOYMENT
## DISCRIMINATION
### Agency File No.:  HHS-OS-0034-2010

| FORMAL COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT | |
|---|---|
| **AUTHORITY:** | 42 U.S.C. 2000e-16(b) and (c); 29 U.S.C. Chapter 14; E.O. 12106. |
| **PURPOSE:** | Used for processing complaints of discrimination based on race, color, national origin, religion, sex, age, physical or mental disability, and/or retaliation by agency civilian employees, former employees, or applicants for employment. |
| **ROUTINE USES:** | Information will be used: (a) as a data source for complaint information for production of summary descriptive statistics and analytical studies of complaints processing and resolution efforts and may also be used to respond to general requests for information under the Freedom of Information Act; (b) to respond to requests from legitimate outside individuals or agencies (Congress, White House, Equal Employment Opportunity Commission) regarding the status of a complaint or appeal; or (c) to adjudicate a complaint or appeal. |
| **DISCLOSURE:** | Voluntary; however, failure to complete all appropriate portions of this form may lead to dismissal of a complaint on the basis of inadequate data on which to determine if a complaint is acceptable. |

| 1. NAME OF COMPLAINANT: <br><br> MOSHEA JOHN JONES | 2. HOME ADDRESS: <br><br> 310 Woodstock Dr. S.W. <br> Atlanta, GA 30331 |
|---|---|
| **3a. HOME PHONE NO:** 404.694.0120    **3b. WORK PHONE NO:** N/A | 4. NAME AND ADDRESS OF AGENCY WHERE YOU CURRENTLY WORK: <br><br> N/A |
| **5. DO YOU HAVE A REPRESENTATIVE?** <br><br> ☐ a. YES (Complete Item 6)    ☑ b. NO | |
| 6. IF YES, PROVIDE NAME, ADDRESS, AND PHONE NO. OF REPRESENTATIVE: | 7a. NAME AND ADDRESS OF AGENCY WHERE ALLEGATION(S) OCCURRED: <br> DHHS/OIG/OAS <br><br> 61 Forsyth Street S.W. <br> Suite 3T41 |
| IS YOUR REPRESENTATIVE AN ATTORNEY? <br> ☐ YES   ☐ NO | 7b. NAME AND TITLE OF MANAGEMENT OFFICIAL RESPONSIBLE FOR THE ALLEGED DISCRIMINATION: <br> Peter J. Barbera, RIGA <br> Brian C. Johnson, Audit manager |

| 8. DATE OF EACH INCIDENT OF ALLEGED DISCRIMINATION:<br>See Attachment | 9. ARE YOU A BARGAINING UNIT EMPLOYEE?<br>☑ YES ☐ NO | 10. ARE YOU AN AGENCY EMPLOYEE OR APPLICANT?<br>☑ a. EMPLOYEE: TITLE, SERIES, GRADE<br>I.T. Auditor GS-05<br><br>b. APPLICANT |
|---|---|---|

| 11. REASON YOU BELIEVE YOU WERE DISCRIMINATED AGAINST ("X" BELOW): | |
|---|---|
| a. RACE (Specify): | e. DISABILITY (Specify):<br>☐ Physical: _____<br>☑ Mental: ADHD |
| b. COLOR (Specify): | f. AGE (If so, state your Age and Date of Birth): |
| c. RELIGION (Specify): | g. SEX (Specify): |
| d. NATIONAL ORIGIN (Specify): | h. RETALIATION (If so, state date and nature of your participation in an EEO-protected activity or opposition to discriminatory practices.): |

| 12a. DID YOU DISCUSS YOUR COMPLAINT WITH AN EEO COUNSELOR?<br>☑ a. YES (Complete 12b)<br>☐ b. NO | 12b. IF "YES," NAME OF EEO COUNSELOR:<br>Garrison Birckett | 12c. DATE YOU FIRST CONTACTED AN EEO COUNSELOR: | 13. DATE RECEIVED NOTICE OF FINAL INTERVIEW/RIGHT TO FILE: |
|---|---|---|---|

**14. TELL BRIEFLY HOW YOU WERE DISCRIMINATED AGAINST:** Identify the specific incidents or events and dates on which they occurred; *i.e.*, tell how you were treated differently from other employees or applicants because of your race, color, religion, sex, national origin, age, mental or physical disability, or retaliation. See Instructions.

(1) Illegal Termination JAN 28, 2010    I believe I was discriminated
(2) Harassment/Hostile Work Environment    based on the following with respect
(3) Failure to Provide Reasonable Accommodation(s)    to my disability:
(4) Failure to Comply with DHHS FCIP Performance + Appraisal Guidelines JAN 29, 2010
(5) Retaliation for opposition to discriminatory practices Oct 19-24, 2009
    (6) Retaliation for participation in EEO Complaint JAN 28, 2010

**15. REMEDY/RESOLUTION:** Please describe the terms, conditions, corrective actions, and remedial relief you are seeking in resolving/adjudicating your complaint. Provide Reasonable Accommodation(s)
Management Attend 508 Training Awareness classes    Cease Harassment
Mitigating Damages    Full Reinstatement
NO Additional Form(s) of Retaliation    Provide Better OJ-T

| 16. HAVE ANY OF THE INCIDENTS LISTED IN ITEM 14 BEEN APPEALED TO THE MERIT SYSTEMS PROTECTION BOARD (MSPB) OR FILED UNDER A NEGOTIATED GRIEVANCE PROCEDURE?<br>☐ a. YES Explain. (Include date and case number.)<br>☑ b. NO | 17. SIGNATURE OF COMPLAINANT:<br>Marshuffer Jenz | |
|---|---|---|
| | 18. DATE COMPLAINT SIGNED:<br>May 7, 2010 | 19. DATE COMPLAINT FILED (EEO OFFICE USE): |

## Summary of the Argument

**This Appeal, Agency review... ask that the United States Court of Appeals for the Eleventh Circuit Bring down the shameful wall of exclusion, finally, like George W. Bush signed-off on, and, George H.W. Bush signed-off on, under the Americans With Disabilities Act, the Americans with Disabilities Act Amendments Act, and the Genetic Information Non-discrimination Act... or certify my class complaint that must destroy Obamacare... because I am the Law of the Land, AND, the Land of Law: is Law**

As expressed by the Texas Supreme Court, if the "language is susceptible of two constructions, one of which will carry out and the other defeat [its] manifest object, [the statute] should receive the former construction."
*Citizens Bank of Bryan v. First State Bank, 580 S.W.2d 344, 348 (Tex. 1979)*

What you're saying is that the department can engage in intentional discrimination to avoid concern that they will be sued under disparate impact. Why doesn't it work the other way around as well? Why don't they say, well, we've got to tolerate the disparate impact because otherwise, if we took steps to avoid it, we would be sued for intentional discrimination? This idea that there is this great dilemma - I mean, it cuts both ways.

- Chief Justice John Roberts-

The denial of that spectrum, which represents the truth about disability/disabilities, is reminiscent of America's historical refusal to recognize another spectrum—the reality of race, that broad range of possible combinations and variations.  More than one-hundred years ago after the 1863 Emancipation Proclamation, the 1964 civil Rights Act legally protected African-Americans from the effects of the racially related fiction that had rendered them second-class citizens. It should NOT take over one-hundred years for Americans with disability/disabilities and/or genetic Attention Deficit Disorder/Attention Deficit Hyper-activity Disorder to be afforded the right(s) of first class citizenship promised in the 1990 Americans with Disabilities Act or the 2007 Genetic Information Non-discrimination Act.

**The Office of Inspector General for the Department of Health and Human Services STILL has not facilitated the Appellant THEN Complainant, Region IV (OIG/DHHS/OS/OAS) Information Technology Auditor Law-enforcement Official, M. John Jones's, FAR 39.2 compliant, approved reasonable Electronic Information & Technology (EIT) accommodations/workplace modifications purchased by the Department of Defence Computer-electronics Accommodation Program (DoD/CAP) that the Law [29 U.S.C. § 794d; 42 U.S.C. § 1982; and E.O. 13164] require MUST be facilitated, when the Agency has**

provided no undue burden exception certificate [under 36 CFR Part 1194.4 and FAR 39.204(e) ] signed by either OIG or the Agency's Office of the Secretary 508 official(s) that would exempt the Appellant's Manager, [Region IV (OIG/DHHS/OS/OAS) Information Technology Audit & Advanced Audit Techniques Staff Manager, Brian C. Johnson,] and/or the Appellant's Supervisor, [THEN Region IV (OIG/DHHS/OS/OAS) Regional Inspector General for Audit Services, Peter J. Barbera,] both, OIG Law-enforcement officials from within the DHHS Agency's OIG Office of Audit Services, from not complying with 36 CFR Part 1194.3(c) electronic and information technology accessibility standards and 31 U.S.C § 3512 Federal Financial Management Improvement Act of 1996.

It would seem anomalous . . . to think Congress intended no retaliation protection for employees who request a reasonable accommodation unless they also file a formal charge. This would leave employees unprotected if an employer granted the accommodation and shortly thereafter terminated the employee in retaliation."^7

^7 Soileau v. Guilford of Maine, 105 F.3d 12, 16 (1st Cir. 1997). See also Garza v. Abbott Laboratories, 940 F. Supp. 1227, 1294 (N.D. Ill. 1996) (plaintiff engaged in statutorily protected expression by requesting accommodation for her disability). The courts in Soileau and Garza only considered whether accommodation requests fall within the opposition or participation clause in Section 503(a) of the ADA. Note, however, that Section 503(b) more broadly makes it unlawful to interfere with "the exercise or enjoyment of . . . any right granted or protected" by the statute.

One of the current problems in employment discrimination law is that courts view discrimination largely as a 'problem of errant or rogue individual discriminators acting contrary to organizational policy and interest.'…In some cases, the search for the rogue actor is appropriate; however, [in this case], the search for the rogue actor asks the wrong question about culpability. It ignores the fact that multi-tiered or group decision making processes may make it difficult or impossible to locate intent within a particular person.…[It] disregards the ways that both formal and informal processes and policies within an organization shape the intentions and actions of its individual members, and the ways that the actions and intentions of the individual members shape the organization.

An observer may be made uncomfortable in the presence of an individual with a disability not simply because that person looks "different," but also because of an aversion to thinking about that person's like as if it were the observer's own life. In other words, because the observer wants to avoid thinking about what to him is a terrible life situation, his fear requires that he avoid—or not see—individuals with disabilities. This perception of tragedy, as expressed in comments such as "I'd rather be dead than live like that," can be seen as outward manifestations of the observer's psychological process of fear-avoidance. NOT ONLY is there fear of disability, fuelled by stereotype, but there is also a fear of acknowledge going another's pain, of recognizing someone else's courage, and of comprehending the injustices others endure as people of feeling who are marginalized and devalued. We are afraid of feeling, of needing care, and of change because they ALL require the risk of admitting our vulnerability, our interdependence, and our need to reject the presence of emotion in legal decision making.

Justice is ultimately connected with the way people's lives go, and NOT merely with the nature of the institutions surrounding them.

There is too little recognition of the cost of discrimination… Accommodations permit society to benefit from the talents of people with disabilities, as well as, allowing such people to be NOT ONLY tax users, BUT ALSO taxpayers.

I'm charging the United States department of Health and Human Services office of the Secretary with unfair business practices against Americans with disability/disabilities

553

The confiscation of property from internal process from within United States department of health and human services office of the Secretary is communistic...and disgusting when is occurring by the United States department of health and human services Agency's Office of the Secretary



THE MISSION OF OIG [OFFICE OF INSPECTOR GENERAL] IS TO COMBAT WASTE, FRAUD, AND ABUSE, THE APPELLANT IS A QUALIFIED INFORMATION TECHNOLOGY AUDITOR.

THE APPELLANT POINTED & REPORTED OUT WASTE, FRAUD, AND ABUSE AND WAS RETALIATED FOR DOING SO; THAT WAS LATER CONFIRMED SEPTEMBER 23, 2011

Authorization of an act also authorizes a necessary predicate act; "[W]here a general power is conferred or duty enjoined, every particular power necessary for the exercise of the one, or the performance of the other, is also conferred."

Thomas M. Cooley

*A Treatise on the Constitutional Limitations Which Rest upon the Legislative Power of the States of the American Union 63 (1868).*

---

DEPARTMENT OF HEALTH & HUMAN SERVICES

Office of Inspector General
Freedom of Information Office
Cohen Building, Room 5462
330 Independence Ave., SW
Washington DC 20201

Case No. 2011-694-KS

September 23, 2011

Mr. Moshea Jones
301 Woodstock Drive
Atlanta, GA 30331

Dear Mr. Jones:

This is in response to the September 15, 2011 email you sent to the Department of Health and Human Services, Office of Inspector General (OIG), seeking all written or electronic data ensuring OIG compliance with Executive Order 13164, to include all OIG components.

The Office of Inspector General conducted a thorough search for records responsive to your request but could not locate any responsive documents.

There is no charge for FOIA services in this instance because billable fees are under the Department's $25.00 cost effective threshold

While we believe that an adequate search of appropriate files was conducted for the records you seek, you have the right to appeal the finding that no records exist relative to your request. Should you wish to do so, you may appeal. Your appeal should be mailed within thirty (30) days from the date of receipt of this letter, to the Deputy Assistant for Public Affairs (News), Room 2221, Mary E. Switzer building, 330 C Street, S.W., Washington, DC 20201. Clearly mark both the envelope and your letter of appeal "FOIA APPEAL".

Sincerely

Robin Brooks
Director
Freedom of Information

**Grant $120 million dollars from the United States Department of Health and Human Services Office of the Sec to Fulton Co. Gov. of Georgia General funds for genetic attention deficit disorder/attention deficit hyper-activity disorder non results based healthcare that was caused by  United States office of Inspector General Department of Health and Human Services genetic attention deficit disorder/Attention deficit hyper-activity disorder retaliation, that which, violated 42 U.S.C. § 2000ff-(6) & 42 U.S.C. § 2000ff-(4)**

## Certificate of Compliance

**I certify that this brief complies with the type-volume limitation set forth in FRAP 32(a)(7)(B).  This brief contains less than 14,000 words excluding the certificate interested persons and corporate disclosure statement and statement regarding oral argument as well as recorded recollection and memorandum in accordance with FRE 803(5) which is heavily reliant on because the appellant is an information technology auditor of the realm of accountancy with genetic attention deficit disorder/attention deficit hyper-activity disorder and associated learning dyslexia.**

## Certificate of Declaration & Service

**Birthplace: the consecrated grounds from which brought forth the rebirth of America**

Moshea (John) Jones
310 Woodstock Dr. SW
Atlanta, GA 30331
**P.** 404.694.0120
**F.**404.699.0574
**E.** mjones95@gsu.edu

*** —-'ceteris paribus'— ***

Respectfully submitted,
M. John Jones
mjones95@student.gsu.edu

*I live in deeds, not years; In thought, not breath; In service, not in figures on the dial.*
*I count time by heart-throbs, when they beat for God, for man, for duty.*
*He lives most who thinks most, is noblest, acts the best.*

# FOIA REQUEST(S) APPEAL

Director, News Division
U.S. Department of Health and Human Services
Mary E. Switzer Building, Room 2206
330 C Street, S.W.
Washington, D.C.  20201

Perhaps DHHS/OS FOIA division is attempting to split  [or have spun off a particular portion of the FOIA]  Request 2011-1282MT into several parts,...and as such,...new and separate FOIA request(s), or,  perhaps not; nevertheless, neither FOIA Request 2013-0962GD, nor FOIA Request 2011-1282 has been completed, yet alone [being] processed promptly, professionally, or in any sort of an efficient manner; and therefore the reason for this credo Of Appeal.

Because I have an ongoing case against this agency's office of secretary and several executive branch employees within the umbrella of the U.S. Department of Health and Human Services, there is a cause of retaliation concern ...or at the very least cause of arbitrary and capricious withholding of information prohibited under the Freedom of Information Act at 5 U.S.C. 552,  a failure of due process on the part of this Agency's Office of the Secretary to remain transparent, providing/processing/completing FOIA Request 2011-1282 within the statutory time limits; and equitable estoppel concerns of rights denied by RIGAS THEN Region IV (HHS/OIG/OAS) Regional Inspector General for Audit Services, Peter J. Barbera and Region IV (HHS/OIG/OAS) Audit I.T. Manager, Brian C. Johnson taking or failing to take a personnel action in violation of laws, rule, and regulation implementing/directly concerning merit system principles at 5 U.S.C. 2301(b).

310 Woodstock Dr. Atlanta, GA 30331     404.694.0120     moshea.John.Jones@me.com or mjones95@student.gsu.edu

All which have a bearing on Appellant THEN Complainant, Region IV (HHS/OIG/OAS) I.T. Auditor, M. John Jones class certification matters, still pending, but which still require most importantly the complete information sought in 2011-1282 FOIA Request; and RE:FOIA 2013-0962 is incomplete e.g. Facilitation of reasonable accommodations tracking and reporting for all current/former civilian schedule B personnel [of ALL OS Operations/ Divisions vs. OS Executive Branch functioning Components/Divisions (i.e. OS/EEO vs. OIG/OAS ) subordinate organizations, in varying demographic patterns (i.e. overall figure total(s) compiled by Region Groups/Divisions, gender, age range, additional protected class status association...etc.) delineating varying patterns of accommodations and OIG's normalized trend facilitation (i.e. percentage mean, median, and mode compiled by length of employment, # of day(s) engaged in interactive process, length of time involved in the multiple stages of processing a reasonable accommodation request, denial vs. approval determination...etc.) of those] having a disability and/or have requested reasonable accommodation(s)/work place modification(s), for the last 5 years or better; see Case. 2011-1282 FOIA Request   for the continuance of the partial processing of FOIA Request(s) NOTED HEREIN that have NOT been fulfilled. I will follow-up promptly and update the U.S. Office of Special Counsel, the U.S. Office of Federal Operations Agency Administration and the U.S. House Congressional Committee on Oversight & Government Reform.


P.S. It would also be helpful and less burdensome on the FOIA Analyst, if top tier data mining of Electronically Stored Information (ESI) be segregated either by civilian schedule B employees having disability or civilian schedule B employees having requested such reasonable accommodations be categorized first by executive or non-branch employee.


Please continue processing  both freedom of information act request fully and completely; for there is still a pending urgent matter! I encourage your support, so that I may finally, let the shameful wall of exclusion come tumbling down...

310 Woodstock Dr. Atlanta, GA 30331    404.694.0120    moshea.John.Jones@me.com or mjones95@student.gsu.edu

Best Regards,

Moshea (John) Jones

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 15, 2016

Moshea John Jones
310 WOODSTOCK DR SW
ATLANTA, GA 30331

Appeal Number:  16-10945-A
Case Style:  Moshea Jones v. Secretary, U.S. Department of
Agency Docket Number:  0120122573

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the default(s) noted below have been corrected:

**The original check paid to the court was returned by the bank as insufficient**. Therefore, you must pay to the docketing fee **or** request leave to proceed in forma pauperis on appeal (form enclosed).

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Denise E. O'Guin, A/caw
Phone #: (404) 335-6188

Enclosure(s)

DIS-1 Deficiency

```
Court Name: USCA 11 Office of the Clerk
Division: 1
Receipt Number: 4700002352
Cashier ID: tporter
Transaction Date: 03/16/2016
Payer Name: Noshea Jones
-----------------------------------------
CASE DOCKETING FEE
 For: Noshea Jones
 Amount:        $500.00
-----------------------------------------
CASH
 Amt Tendered:  $500.00
-----------------------------------------
Total Due:      $500.00
Total Tendered: $500.00
Change Amt:     $0.00

Filing Fee for Case No. 16-10945


Only when a bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53 fee will
be charged for any payment
returned/denied for insufficient
funds.
```

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 29, 2016

Moshea John Jones
310 WOODSTOCK DR SW
ATLANTA, GA 30331

Appeal Number:  16-10945-A
Case Style:  Moshea Jones v. Secretary, U.S. Department of
Agency Docket Number:  0120122573

You are receiving this notice because you have not completed the below required filing(s) pursuant to 11th Cir. Rule 26.1-1:

Certificate of Interested Persons and Corporate Disclosure Statement (CIP) pursuant to 11th Cir. R. 26.1-1(a)

Pursuant to 11th Cir. R. 26.1-5(c), failure to comply with these Rules may result in dismissal of the case or appeal under 11th Cir. R. 42-1(b), return of deficient documents without action, or other sanctions on counsel, the party, or both.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Denise E. O'Guin, A/caw
Phone #: (404) 335-6188

Enclosure(s)

CIP Deficiency Letter

[Appeal and/or] Agency Review No. 16-10945
**Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency**

## Certificate of Interested Persons & Corporate Disclosure Statement

THEN Region IV (OIG/HHS/OS/OAS) United States Regional Inspector General for Audit Services, Peter J. Barbera



[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency


United States Department of
Health & Human Services
Leading America to Better Health, Safety and Well-Being

**HHS Employee Details**

| | |
|---|---|
| **Last name** | Conway |
| **First name** | Alexis |
| **Agency** | OIG |
| **Organization** | HHS/OIG/OCIG |
| **Job title** | Senior Counsel |
| **Phone** | 202-205-3212 |
| **Internet e-mail** | Alexis.Conway@oig.hhs.gov |

Browse Organizations | Search employees | Customize

Directory services provided by Program Support Center
*To make corrections, see the* HHS directory contact list.

HHS Home I Questions? I Contact Us I Site Map I Accessibility I Privacy Policy I Freedom of Information Act I Disclaimers

The White House I FirstGov

U.S. Department of Health & Human Services • 200 Independence Avenue, S.W. • Washington, D.C. 20201

Alexis S. Conway
Office of Counsel to the Inspector General
U.S. Department of Health & Human Services
Cohen Bldg. – Room 5527
330 Independence Ave., S.W.
Washington, D.C. 20201

Americans (citizens of the United States [of America]) with disability/disabilities [non-schedule A hire(s)/applicant(s)] qualified & competitively competing.

Susan Callahan

C-2

[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency



*United States Department of*
Health & Human Services
Leading America to Better Health, Safety and Well-Being

**HHS Employee Details**

| | |
|---|---|
| **Last name** | Richardson-Crooks |
| **First name** | Cynthia |
| **Agency** | OS |
| **Organization** | EEOCO |
| **Job title** | Director EEOCO |
| **Duty station** | Washington DC |
| **Mail stop** | 200 Independence Avenue SW |
| **Phone** | (202) 690-6555 |
| **Fax** | (202) 690-6555 |
| **Internet e-mail** | Cynthia.Richardson-Crooks@hhs.gov |

Browse Organizations | Search employees | Customize

Directory services provided by Program Support Center
*To make corrections, see the* HHS directory contact list.

HHS Home | Questions? | Contact Us | Site Map | Accessibility | Privacy Policy | Freedom of Information Act | Disclaimers

The White House | FirstGov

U.S. Department of Health & Human Services • 200 Independence Avenue, S.W. • Washington, D.C. 20201

Cynthia Richardson-Crooks, J.D., Director
EEO Compliance and Operations Division
Department of Health and Human Services
Mary E. Switzer Building
330 C St., SW, Suite 2200
Washington, DC  20201

[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency



United States Department of
Health & Human Services
Leading America to Better Health, Safety and Well-Being

**HHS Employee Details**

| | |
|---|---|
| **Last name** | Daley |
| **First name** | Garfield |
| **Middle name** | O |
| **Agency** | OS |
| **Organization** | HHS/OS/ASPA |
| **Job title** | Public Affairs Specialist |
| **Room** | 2208 |
| **Duty station** | Washington District of Columbia |
| **Mail stop** | 330 C Street SW Switzer BLDG |
| **Phone** | (202) 690-8055 |
| **Internet e-mail** | Garfield.Daley@hhs.gov |

Browse Organizations | Search employees | Customize

Directory services provided by Program Support Center
To make corrections, see the HHS directory contact list.

HHS Home | Questions? | Contact Us | Site Map | Accessibility | Privacy Policy | Freedom of Information Act | Disclaimers

The White House | FirstGov

U.S. Department of Health & Human Services • 200 Independence Avenue, S.W. • Washington, D.C. 20201

Garfield Daley
Government Information Specialist
FOI/Privacy Acts Division
Office of Public Affairs

C-4

[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency



United States Department of
Health & Human Services
*Leading America to Better Health, Safety and Well-Being*

**HHS Employee Details**

| | |
|---|---|
| **Last name** | Drake |
| **First name** | John |
| **Middle name** | T |
| **Agency** | OIG |
| **Organization** | HHS/OIG/OAS |
| **Job title** | Supervisory Auditor |
| **Phone** | 404-562-7755 |
| **Fax** | 404-562-7795 |
| **Internet e-mail** | John.Drake@oig.hhs.gov |

Browse Organizations | Search employees | Customize

Directory services provided by Program Support Center
*To make corrections, see the HHS directory contact list.*

HHS Home | Questions? | Contact Us | Site Map | Accessibility | Privacy Policy | Freedom of Information Act | Disclaimers

The White House | FirstGov

U.S. Department of Health & Human Services • 200 Independence Avenue, S.W. • Washington, D.C. 20201

EEO Compliance and Operations Division
Department of Health and Human Services
Mary E. Switzer Building
330 C St., SW, Suite 2200
Washington, DC 20201

Robert Eckert

Carlton M. Hadden, Director Office of Federal Operations within the U.S. EEOC

C-5

[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency



*United States Department of*
**Health & Human Services**
*Leading America to Better Health, Safety and Well-Being*

**HHS Employee Details**

| | |
|---|---|
| **Last name** | Harris |
| **First name** | Erica |
| **Middle name** | J |
| **Agency** | OIG |
| **Organization** | HHS/OIG/OMP |
| **Job title** | SUPV IT SPECIALIST |
| **Phone** | 404-562-7638 |
| **Fax** | 404-562-7656 |
| **Internet e-mail** | Erica.Harris@oig.hhs.gov |

Browse Organizations | Search employees | Customize

Directory services provided by Program Support Center
*To make corrections, see the HHS directory contact list.*

HHS Home | Questions? | Contact Us | Site Map | Accessibility | Privacy Policy | Freedom of Information Act | Disclaimers

The White House | FirstGov

U.S. Department of Health & Human Services • 200 Independence Avenue, S.W. • Washington, D.C. 20201

Erica Harris

Chief, Southeastern Support Center

DHHS OIG OMP/IT

61 Forsyth St., SW, Suite 5T18

Atlanta, GA 30303

erica.harris@oig.hhs.gov

voice (404) 562-7638

fax (404) 562-7656

[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency



United States _Department of_
Health & Human Services
Leading America to Better Health, Safety and Well-Being

**HHS Employee Details**

| Last name | Johnson |
|---|---|
| First name | Brian |
| Middle name | C |
| Agency | OIG |
| Organization | HHS/OIG/OAS |
| Job title | Audit Manager |
| Phone | 404-562-7788 |
| Fax | 404-562-7795 |
| Internet e-mail | Brian.Johnson@oig.hhs.gov |

Browse Organizations | Search employees | Customize

Directory services provided by Program Support Center
_To make corrections, see the HHS directory contact list._

HHS Home | Questions? | Contact Us | Site Map | Accessibility | Privacy Policy | Freedom of Information Act | Disclaimers

The White House | FirstGov

U.S. Department of Health & Human Services • 200 Independence Avenue, S.W. • Washington, D.C. 20201

Appellant THEN Office of Inspector General (OIG) Department of Health and Human Services (HHS), Office of the Secretary (OS), Office of Audit Services, Region IV, Information Technology Auditor Law-enforcement official, M. John Jones

Hon. Lana Layton Administrative Trial Judge of the Equal Employment Opportunity Commission OFO ATLANTA DISTRICT OFFICE

Sam Olens, Attorney General of Georgia
Office of the Attorney General
40 Capital Square, SW
Atlanta, GA 30334
Phone: 404 656-3300

C-7

[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency



United States Department of
Health & Human Services
Leading America to Better Health, Safety and Well-Being

**HHS Employee Details**

| Last name | White |
|---|---|
| First name | Bonita |
| Middle name | V. |
| Agency | OS |
| Organization | OS/ASA/OHR |
| Job title | Director Diversity & Inclusion Division |
| Room | Suite 1318 Room |
| Duty station | Washington DC |
| Mail stop | 330 C Street SW |
| Phone | (202) 690-6674 |
| Fax | (202) 690-6758 |
| Internet e-mail | Bonita.White@HHS.GOV |

Browse Organizations | Search employees | Customize

Directory services provided by Program Support Center
To make corrections, see the HHS directory contact list.

HHS Home | Questions? | Contact Us | Site Map | Accessibility | Privacy Policy | Freedom of Information Act | Disclaimers

The White House | FirstGov

U.S. Department of Health & Human Services • 200 Independence Avenue, S.W. • Washington, D.C. 20201

Bonita V. White, Director
Department of Health and Human Services
Hubert H. Humphrey Bldg., Room 347-F
200 Independence Avenue, SW
Washington, DC 20201

THEN Agency HHS EEO Director & Office of the Secretary EEO Compliance Division Director, and also Acting Office of Diversity Management & EEO (ODME) Director, Bonita V. White

C-8

**[Appeal and/or] Agency Review No. 16-10945**
**Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency**



United States Department of
**Health Human Services**
Leading America to Better Health, Safety and Well-Being

**HHS Employee Details**

| | |
|---|---|
| **Last name** | Wilson |
| **First name** | Reynolds |
| **Middle name** | R |
| **Agency** | OIG |
| **Organization** | HHS/OIG/OCIG |
| **Job title** | Deputy Branch Chief Advice |
| **Phone** | 202-205-9212 |
| **Fax** | 202-205-9758 |
| **Internet e-mail** | Reynolds.Wilson@oig.hhs.gov |

Browse Organizations | Search employees | Customize

Directory services provided by Program Support Center
*To make corrections, see the* HHS directory contact list.

HHS Home | Questions? | Contact Us | Site Map | Accessibility | Privacy Policy | Freedom of Information Act | Disclaimers

The White House | FirstGov

U.S. Department of Health & Human Services • 200 Independence Avenue, S.W. • Washington, D.C. 20201

Reynolds Wilson, Senior Counsel
Office of Counsel to the Inspector General
Department of Health and Human Services
330 Independence Avenue, SW
Room 5527, Cohen Building
Washington, DC  20201

[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

---

# ANTHEM, INC.

(Exact name of registrant as specified in its charter)

---

**Indiana**
(State or other jurisdiction
of incorporation)

**001-16751**
(Commission
File Number)

**35-2145715**
(IRS Employer
Identification No.)

**120 Monument Circle
Indianapolis, IN 46204**
(Address of principal executive offices) (Zip Code)

Registrant's telephone number, including area code: (317) 488-6000



---

# ANTHEM, INC.

(Exact name of registrant as specified in its charter)

---

**Indiana**
(State or other jurisdiction
of incorporation)

**001-16751**
(Commission
File Number)

**35-2145715**
(IRS Employer
Identification No.)

**120 Monument Circle
Indianapolis, IN 46204**
(Address of principal executive offices) (Zip Code)

Registrant's telephone number, including area code: (317) 488-6000

ANTM (NYSE)

[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency



## Apple Inc.

(Exact name of Registrant as specified in its charter)

| California | 001-36743 | 94-2404110 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS. Employer Identification No.) |

**1 Infinite Loop**
**Cupertino, California 95014**
(Address of principal executive offices) (Zip Code)

**(408) 996-1010**
(Registrant's telephone number, including area code)

AAPL (NASDAQ)

# Deloitte

Company · deloitte.com



Deloitte Touche Tohmatsu Limited /dəˈlɔɪt ˈtuːʃ touˈmɑːtsuː/, commonly referred to as Deloitte, is a multinational professional services firm headquartered in New York City in the United States. Wikipedia

**CEO:** Punit Renjen

**Headquarters:** New York City, NY

**Revenue:** 35.2 billion USD (2015)

**Founder:** William Welch Deloitte

**Founded:** 1845, London, United Kingdom

C-11

[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

# Ernst & Young

Company · ey.com



Ernst & Young is a multinational professional
services firm headquartered in London, United
Kingdom. Wikipedia

**CEO:** Mark Weinberger

**Headquarters:** London, United Kingdom

**Revenue:** 28.7 billion USD (2015)

**Founder:** Arthur Young

**Founded:** 1849, England, United Kingdom

Federal Reserve Bank of Atlanta
1000 Peachtree St NE, Atlanta GA 30309

[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

## Fulton County Board of Commissioners



Chairman John H. Eaves
District 7, At-Large

Vice Chairman Liz Hausmann
District 1

Bob Ellis
District 2

Lee Morris
District 3

Joan P. Garner
District 4

Marvin S. Arrington, Jr.
District 5

Emma I. Darnell
District 6

Fulton County Board of Commissioners <of the State of Georgia>
141 Pryor Street SW, 10th floor
Atlanta, GA 30303
Phone: 404-612-8200

[Appeal and/or] Agency Review No. 16-10945
**Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency**

# KPMG



Company · kpmg.com

KPMG is a professional service company, being one of the Big Four auditors, along with Deloitte, EY and PwC. Seated in Amsterdam, the Netherlands, KPMG employs 174,000 people and has three lines of services: audit, tax, and advisory. Wikipedia

**Headquarters:** Amstelveen, Netherlands

**Revenue:** 24.44 billion USD (2015)

**Customer service:** 1 (866) 246-9224

**Founded:** 1987

**Founders:** Klynveld Main Goerdeler, Marwick Mitchell & Co., Klynveld Kraayenhof & Co., William Barclay Peat & Co.

### INTERNATIONAL BUSINESS MACHINES CORPORATION

(Exact name of registrant as specified in its charter)

| New York | 1-2360 | 13-0871985 |
|---|---|---|
| (State of Incorporation) | (Commission File Number) | (IRS employer Identification No.) |

| ARMONK, NEW YORK | | 10504 |
|---|---|---|
| (Address of principal executive offices) | | (Zip Code) |

914-499-1900
(Registrant's telephone number)

**IBM (NYSE)**

[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

**Commission File Number: 0-14278**

# MICROSOFT CORPORATION

(Exact name of registrant as specified in its charter)

**Washington**
(State or other jurisdiction of
incorporation or organization)

**91-1144442**
(I.R.S. Employer
Identification No.)

**One Microsoft Way, Redmond, Washington**
(Address of principal executive offices)

**98052-6399**
(Zip Code)

**(425) 882-8080**
(Registrant's telephone number, including area code)

MSFT (NASDAQ)



## U.S. MERIT SYSTEMS PROTECTION BOARD

### MSPB Jurisdiction



C-15

Case 1:16-cv-01262-LMM   Document 1-1   Filed 04/19/16   Page 33 of 92
Case: 16-10945   Date Filed: 04/00/2016   Page: 16 of 34
[Appeal and/or] Agency Review No. 16-10945

Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

Merit Systems Protection Board
Washington DC Regional Office
1800 Diagonal Road, Suite 205
Alexandria, VA 22314-2840



# PricewaterhouseCoopers

pwc.com

PricewaterhouseCoopers is a multinational professional services
network. It is the largest professional services firm in the world, and is
one of the Big Four auditors, along with Deloitte, EY and KPMG.
Wikipedia

**Headquarters:** New York City, NY

**Revenue:** 35.4 billion USD (2015)

**Founded:** 1998

**Acquisition date:** 2002

[Appear and/or] Agency Review No. 16-10945

Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency



The Rothschild Group

Rothschild is one of the world's largest independent financial advisory groups, employing approximately 2,800 people in 40 countries around the world.

Abu Dhabi  Athens  Auckland  Barcelona  Beijing  Birmingham  Brussels  Budapest  Bucharest  Doha  Dubai  Frankfurt  Geneva  Guernsey  Hanoi  Hong Kong  Istanbul  Jakarta  Johannesburg  Kiev  Kuala Lumpur  Leeds  Lisbon  London  Los Angeles  Luxembourg  Madrid  Manchester  Manila  Melbourne  Mexico City  Milan  Moscow  Mumbai  New York  Paris  Prague  Reno  Riga  Santiago  São Paulo  Seoul  Shanghai  Singapore  Sofia  Stockholm  Sydney  Tallinn  Tel Aviv  Tokyo  Toronto  Vilnius  Warsaw  Washington  Wellington  Zurich

- 
- **Rothschild**
- Level 21
- No. 120 Collins Street
- Melbourne 3000
- Australia
- Tel: +61 3 9656 4600
- Fax: +61 3 9656 4700
- Global Financial Advisory
- 
- **Rothschild**
- Level 41
- 50 Bridge Street
- Sydney
- New South Wales 2000
- Australia
- Tel: +61 2 9323 2000
- Fax: +61 2 9323 2040
- Global Financial Advisory
- 
- **Rothschild Belgique**

C-17

**[Appeal and/or] Agency Review No. 16-10945**

**Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency**

-                     Succursale de Rothschild et Cie Banque
-                     Avenue Louise, 166
-                     1050 Bruxelles
-                     Belgium
-                     Tel: + 32 (0) 2 627 77 30
-                     Fax: + 32 (0) 2 627 77 59
- Wealth Management
- 
-                     **Rothschild**
-                     Av. Brigadeiro Faira Lima
-                     2055/183
-                     São Paulo
-                     SP01451-000
-                     Brazil
-                     Tel: +55 11 3039 5828
-                     Fax: +55 21 3039 5826
- Global Financial Advisory
- 
-                     **Rothschild**
-                     Bulgaria
- Global Financial Advisory
-                     Our Sofia team is contactable through London or Paris.
- 
-                     **Rothschild**
-                     Brookfield Place
-                     TD Canada Trust Tower
-                     161 Bay Street, Suite 4230
-                     Toronto
-                     Ontario M5J 2S1
-                     Canada
-                     Tel: +1 416 369 9600
-                     Fax: +1 416 864 1261
- Global Financial Advisory
- 
-                     **Rothschild Trust**
-                     15 Queen Street
-                     Charlottetown
-                     Prince Edward Island
-                     CIA 7K7
-                     Canada
-                     Tel: + 41 44 384 7111
- Trust
- 
-                     **Rothschild Bank (CI) Limited**
-                     St. Julian's Court, St Julian's Avenue
-                     St. Peter Port
-                     Guernsey GY1 3BP

[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

- Channel Islands
- Tel: +44 1481 705191
- Fax: +44 1481 711272
- Wealth Management
-
- **Rothschild Bank International Limited**
- St. Julian's Court
- St. Peter Port
- Guernsey GY1 3BP
- Channel Islands
- Tel: +44 1481 713713
- Fax: +44 1481 705000 Lost or stolen Rothschild Visa Card
- Banking
-
- **Rothschild Trust Guernsey Ltd**
- P.O. Box 472
- St. Julian's Court
- St. Julian's Avenue
- St Peter Port
- Guernsey GY1 6AX
- Channel Islands
- Tel: +44 1481 713713
- Fax: +44 1481 712686
- Trust
-
- **Rothschild**
- ChileGlobal Financial Advisory
- Our Santiago team is contactable through São Paulo.
-
- **Rothschild**
- Czech RepublicGlobal Financial Advisory
- Our Prague team is contactable through London or Paris.
-
- **Rothschild**
- 23Bis Avenue de Messine
- 75008 Paris
- France
- Tel: +33 1 40 74 40 74
- Fax: +33 1 40 74 98 01
- Global Financial Advisory
- Institutional Asset Management
- Wealth Management
-
- **Rothschild Merchant Banking**
- 23Bis, Avenue de Messine
- Paris 75008
- France

C-19

[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

- Tel: + 33 1 40 74 40 74
- Merchant Banking
-
- **Rothschild Patrimoine**
- 29, avenue de Messine
- 75008 Paris
- France
- Tel: + 33 1 40 74 40 74
- Fax: + 33 1 40 74 98 01
- Wealth Management
-
- **Rothschild**
- Börsenstraße 2 - 4
- 60313 - Frankfurt am Main
- Germany
- Tel: +49 69 299 8840
- Fax: +49 69 287 820
- Global Financial Advisory
-
- **Rothschild**
- Börsenstraße 2 - 4
- 60313 - Frankfurt am Main
- Germany
- Tel: + 49 69 40 80 26 0
- Fax: + 49 69 40 80 26 55
- Wealth Management
-
- **Transaction R**
- Börsenstraße 2 - 4
- 60313 - Frankfurt am Main
- Germany
- Tel: +49 69 299 884 115
- Global Financial Advisory
-
- **Rothschild**
- Ploutarchou Str 2
- Athens
- 10676
- Greece
- Tel: +30 (210) 720 9520
- Fax: +30 (210) 721 4819
- Global Financial Advisory
-
- **Rothschild**
- HungaryOur Budapest team is contactable through London or Paris.

C-20

# [Appeal and/or] Agency Review No. 16-10945
## Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

- 
- **Rothschild**
- 103 1st Floor Piramal Towers Peninsula Corp. Park
- Ganpatrao Kadam Marg
- Lower Parel Mumbai - 400 013
- India
- Tel: +91 22 4081 7000
- Fax: +91 22 4081 7001
- Global Financial Advisory
- 
- **PT Rothschild Indonesia**
- Indonesia Stock Exchange Building
- Tower 1, Level 17
- Sudirman Central Business District
- Jl. Jend. Sudirman Kav. 52-53
- Jakarta 12190
- Indonesia
- Tel: +62 21 2922 0900Global
- Financial Advisory
- 
- **Rothschild**
- 32 Rothschild Blvd
- Tel - Aviv 66882
- Israel
- Tel: +972 72 220 4100
- Fax: +972 72 220 4106
- Global Financial Advisory
- 
- **Rothschild**
- Via Agnello 5
- 20121 Milano
- Italy
- Tel: +39 02 7244 31
- Trust
- 
- **Rothschild**
- Via Agnello 5
- 20121 Milano
- Italy
- Tel: +39 02 4537 0955
- Wealth Management
- 

C-21

# [Appeal and/or] Agency Review No. 16-10945
## Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

- **Rothschild**
- Via Santa Radegonda 8
- 20121 Milano
- Italy
- Tel: +39 02 7244 31
- Fax: +39 02 7244 3310
- Global Financial Advisory
-
- **Rothschild Japan-Global Advisory Japan**
- Kamiyacho MT Building
- Level 20, 4-3-20 Toranomon
- Minato-ku
- Tokyo 105-0001
- Japan
- Tel: +81 (0)3 6450 1200
- Global Financial Advisory
-
- **Rothschild**
- Kamiyacho MT Building
- Level 20, 4-3-20 Toranomon
- Minato-ku
- Tokyo 105-0001
- Japan
- Tel: +81 (0)3 6450 1200
- Trust
- Wealth Management
-
- **Rothschild**
- KoreaGlobal Financial Advisory
- Our Seoul team is contactable through Hong Kong.
- **Five Arrows Managers SA / PO Participations**
- 1, Place d'Armes
- L-1136 Luxembourg
- Luxembourg
- Tel: + 352 27 49 721
- Merchant Banking
-
- **Rothschild Malaysia Sdn Bhd**
- 28-12, Level 28, Q Sentral
- Jalan Stesen Sentral
- Kuala Lumpur Sentral
- 50470 Kuala Lumpur
- Malaysia
- Tel: +603 2303 3688
- Global Financial Advisory

**[Appeal and/or] Agency Review No. 16-10945**
# Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

**Rothschild**
- SA de CV
- Campos Eliseos, 345 - 8° piso
- Polanco 11550
- Mexico D.F
- Mexico
- Tel: +5255 5327 1450
- Fax: +5255 5327 1485
- Global Financial Advisory
- 
- **Rothschild**
- New Zealand
- Global Financial Advisory
- Our Auckland and Wellington teams are contactable through Sydney.
- 
- **Rothschild Trust**
- Level 3
- 18 Stanley Street
- Auckland Central
- Auckland 1010
- New Zealand
- Tel: + 64 9 307 3950
- Fax: + 64 9 366 1482
- Trust
- 
- **Rothschild**
- Room 912A Winland International Finance Center
- No.7 Finance Street, Xicheng District
- 100033, Beijing
- People's Republic of China
- Tel: +86 10 6321 2900
- Fax: +86 10 6655 5880
- Global Financial Advisory
- 
- **Rothschild**
- 16/F Alexandra House
- 18 Chater Road
- Central Hong Kong SAR
- People's Republic of China
- Tel: +852 2525 5333
- Fax: +852 2868 1680
- Global Financial Advisory
-

[Appeal and/or] Agency Review No. 16-10945

**Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency**

- **Rothschild**
- 16/F Alexandra House
- 18 Chater Road
- Central Hong Kong SAR
- People's Republic of China
- Tel: +852 2525 6300
- Fax: +852 2868 1680
- Trust
- Wealth Management
-
- **Rothschild**
- Suite 3207-09
- Tower Two Plaza 66
- No.1266 Nanjing XiLu
- 200040 Shanghai
- People's Republic of China
- Tel: +86 21 2203 8000
- Fax: +86 21 2203 8001
- Global Financial Advisory
-
- **Rothschild**
- Phillippines
- Global Financial Advisory
-         Our Manila team is contactable through Singapore.
-
- **Rothschild**
- Warsaw Financial Centre
- Emili Plater 53
- 00-113 Warsaw
- Poland
- Tel: +48 22 540 6400
- Fax: +48 22 540 6402
- Global Financial Advisory
-
- **Rothschild**
- Calçada do Marquês de Abrantes,
- 40 - 1° Esq.
- 1200-719 Lisboa
- Portugal
- Tel: +351 21 397 5378
- Fax: +351 21 397 5476
- Global Financial Advisory
-

# [Appeal and/or] Agency Review No. 16-10945
## Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

-                **Rothschild**
-                Al Fardan Office Tower
-                Office 923 / 924
-                Doha 31316
-                Qatar
-                Tel: +974 44101680
-                Fax: +974 44101500
- Global Financial Advisory
- 
-                **Rothschild**
-                RomaniaGlobal
- Financial Advisory
-                Our Bucharest team is contactable through London or Paris.
- 
-                **Rothschild**
-                Novinsky Passazh (8th floor)
-                31 Novinsky Boulevard
-                123242 Moscow
-                Russia
-                Tel: +7 495 775 8221
-                Fax: +7 495 775 8222
- Global Financial Advisory
- 
-                **Rothschild**
-                One Raffles Quay
-                North Tower #10-02
-                1 Raffles Quay #10-02
-                Singapore 048583
-                Singapore
-                Tel: + 65 6535 8311
-                Fax: + 65 6535 9109
- Global Financial Advisory
- 
-                **Rothschild Trust (Singapore) Limited**
-                One Raffles Quay
-                North Tower
-                1 Raffles Quay #10-02
-                Singapore 048583
-                Singapore
-                Tel: + 65 6532 0866
-                Fax: + 65 6532 4166
- Trust
- 
- 
-

# [Appeal and/or] Agency Review No. 16-10945
# Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

- **Rothschild Wealth Management (Singapore) Limited**
- One Raffles Quay
- North Tower
- 1 Raffles Quay #10-02
- Singapore 048583
- Singapore
- Tel: + 65 6532 0866
- Fax: + 65 6532 4166
- Wealth Management
- 
- **Data Protection Officer**
- Rothschild (Singapore) Limited
- One Raffles Quay, North Tower
- 1 Raffles Quay #10-02
- 048583
- Singapore
- Tel: + 65 6535 8311
- 
- Global Financial Advisory
- Personal Data Protection Statement
- 
- **Data Protection Officer**
- Rothschild Trust (Singapore) Limited
- One Raffles Quay, North Tower
- 1 Raffles Quay #10-02
- 048583
- Singapore
- Tel: + 65 6531 1421
- 
- Trust
- Personal Data Protection Statement
- **Data Protection Officer**
- Rothschild Wealth Management (Singapore) Limited
- One Raffles Quay, North Tower
- 1 Raffles Quay #10-02
- 048583
- Singapore
- Tel: + 65 6532 0866
- 
- Wealth Management
- Personal Data Protection Statement

[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

-                          **Rothschild**
-                          3rd Floor
-                          Oxford Corner
-                          32A Jellicoe Avenue West
-                          Rosebank
-                          Johannesburg 2196
-                          South Africa
-                          Tel: +27 11 428 3700
- Global Financial Advisory
- 
-                          **Rothschild**
-                          Paseo de la Castellana
-                          35 - 3° 28046
-                          Madrid
-                          Spain
-                          Tel: +34 91 702 2600
-                          Fax: +34 91 702 2531
- Global Financial Advisory
- 
-                          **Rothschild**
-                          C/ Canàries, 23
-                          08017 Barcelona
-                          Spain
-                          Tel: +34 93 254 75 03
-                          Fax: +34 93 254 75 04
- Global Financial Advisory
- 
-                          **Rothschild**
-                          Hovslagargatan 5B
-                          SE-111 48 Stockholm
-                          Sweden
-                          Tel: +46 8586 335 90
-                          Fax: +46 8660 97 91
- Global Financial Advisory
- 
-                          **Equitas SA**
-                          Rue du Commerce 3
-                          1204 Geneva
-                          Switzerland
-                          Tel: +41 22 818 59 00
-                          Fax: +41 22 818 59 01
- Wealth Management
- 
-

[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

-                    **Rothschild Bank AG**
-                    Zollikerstrasse 181
-                    8034 Zurich
-                    Switzerland
-                    Tel: +41 44 384 7111
-                    Fax: +41 44 384 7222
- Wealth Management
- 
-                    **Rothschild Trust (Schweiz) AG**
-                    Zollikerstrasse 181
-                    8034 Zurich
-                    Switzerland
-                    Tel: +41 44 384 7111
-                    Fax: +41 44 384 7201
- Trust
- 
-                    **RTS Geneva SA**
-                    Rue du Commerce 3
-                    1204 Geneva
-                    Switzerland
-                    Tel: + 41 22 818 59 65
-                    Fax: + 41 22 818 59 02
- Trust
- 
-                    **Transaction R**
-                    23bis Avenue de Messine
-                    Paris 75008
-                    France
-                    Tel: +33 1 40 74 43 66Global Financial Advisory
- 
-                    **Rothschild**
-                    Akmerkez Rezidans No 14 D:2
-                    Akmerkez Is Merkezi Yani
-                    Nispetiye Caddesi
-                    34340 Etiler
-                    Istanbul
-                    Turkey
-                    Tel: +90 212 371 08 00
- Global Financial Advisory
-

[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

- **Rothschild**
- Al Bateen Area, Al Bainunah Street
- Al Bateen Tower
- 8th floor, C801
- P.o.box 32195
- Abu Dhabi W35
- UAE
- Tel: +971 (0)2-4030700
- Fax: +971 (0)2-6679602
- Global Financial Advisory
-
- **Rothschild**
- Office 203, Level 2
- Burj Daman, DIFC
- PO Box 506570
- Dubai
- United Arab Emirates
- Tel: +9714 4284300
- Fax: +9714 3653183
- Global Financial Advisory
-
- **Rothschild**
- UkraineGlobal Financial Advisory
- Our Kiev team is contactable through London or Paris.
- **Rothschild (Birmingham)**
- 67 Temple Row
- Birmingham B2 5LS
- United Kingdom
- Tel: +44 121 600 5252
- Fax: +44 121 643 7324
- Global Financial Advisory
-
- **Rothschild (Leeds)**
- One Park Row
- Leeds LS1 5NR
- United Kingdom
- Tel: +44 113 200 1900
- Fax: +44 113 243 3039
- Global Financial Advisory
-

[Appeal and/or] Agency Review No. 16-10945

Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

- **Rothschild (London)**
- New Court
- St Swithin's Lane
- London EC4N 8AL
- United Kingdom
- Tel: +44 20 7280 5000
- Fax: +44 20 7929 1643
- Banking
- Global Financial Advisory
- Merchant Banking
- The Rothschild Archive
- 
- **Rothschild (Manchester)**
- 82 King Street
- Manchester M2 4WQ
- United Kingdom
- Tel: +44 161 827 3800
- Fax: +44 161 833 0293
- Global Financial Advisory
- 
- **Rothschild (Wilmslow)**
- The Coach House
- Fulshaw Hall
- Alderley Road
- Wilmslow
- Cheshire SK9 1RL
- United Kingdom
- Tel: +44 1625 416470
- Banking
- 
- **Rothschild Trust**
- New Court
- St Swithin's Lane
- London, EC4N 8AL
- United Kingdom
- Tel: + 44 20 7280 5000
- Fax: + 44 20 7929 5239
- Trust
- 
- **Rothschild Wealth Management (UK) Ltd**
- New Court
- St Swithin's Lane
- London, London EC4N 8AL
- United Kingdom
- Tel: + 44 20 7280 5000
- Fax: + 44 20 7280 5560
- Wealth Management

C-30

**[Appeal and/or] Agency Review No. 16-10945**
**Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency**

- 
- **Rothschild**
- 10100 Santa Monica Blvd
- Suite 1250
- Los Angeles CA 90067
- USA
- Tel: +1 310 432 4310
- Global Financial Advisory
- 
- **Rothschild Trust North America LLC**
- 100 W Liberty St, 12th floor
- Reno, NV 89501
- USA
- Tel: +1 775 398 7403
- Trust
- 
- **Rothschild**
- 1251 Avenue of the Americas
- 33rd floor
- New York
- NY 10020
- USA
- Tel: +1 212 403 3500
- Fax: +1 212 403 3501
- Global Financial Advisory
- Institutional Asset Management
- 
- 1050 Connecticut Avenue NW
- Suite 1090
- Washington
- DC 20036
- USA
- Tel: +1 202 862 1660
- Fax: +1 202 862 1699
- Global Financial Advisory
- 
- **Rothschild**
- Suite 204
- Central Building
- 31 Hai Ba Trung Street
- Hanoi
- Vietnam
- Tel: -
- Global Financial Advisory
- Our Hanoi team is contactable through Singapore.

C-31

Case 1:16-cv-01262-LMM   Document 1-1   Filed 04/19/16   Page 49 of 92
Case: 16-10945   Date Filed: 04/08/2016   Page: 32 of 34
[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency



Abu Dhabi Athens  Auckland  Barcelona  Beijing  Birmingham  Bucharest  Budapest  Calgary  Doha   Dubai  Frankfurt  Hanoi  Hong Kong  Istanbul  Jakarta  Johannesburg
Kiev  Kusla Lumpur  Leeds  Lisbon  London   Los Angeles  Madrid  Manchester  Manila  Melbourne   Mexico City  Milan   Moscow   Mumbai  New York  Paris  Prague
Riga  Santiago  São Paulo  Seoul  Shanghai  Singapore  Sofia  Stockholm  Sydney  Tallinn  Tel Aviv  Tokyo  Toronto  Vilnius  Warsaw  Washington   Wellington

**Shire**

300 Shire Way
Lexington, MA 02421
USA
Tel: +1 617 349 0200

**Shire International GmbH**

Zählerweg 10
6300 Zug
Tel: +41 0 41 288 40 00
Fax: +41 0 41 288 40 01

**General Contact Information**

**Registered Office**

Shire plc
No. 99854
22 Grenville Street
St Helier
Jersey JE4 8PX

**Correspondence Address**

5 Riverwalk
Citywest Business Campus
Dublin 24
Ireland

**Investor Correspondence- UK**

Unity Place
Hampshire International Business Park
Basingstoke
RG24 8EP
United Kingdom

**Investor Correspondence- US**

300 Shire Way
Lexington
MA 02421
USA

[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

**UF** UNIVERSITY *of* FLORIDA

   

University of Florida
Gainesville, FL 32611
(352) 392-3261

# Statement Regarding Oral Argument

The Appellant submits that oral argument would be helpful since the administrative trial Judge of the Equal Employment Opportunity Commission OFO disallowed THEN Region IV (OIG/HHS/OS/OAS) Regional Inspector General for Audit Services, Peter J. Barbera, the Appellant's supervisor, from testifying as to vitiate the Appellant's Bivens/42 U.S.C. § 1983 claims against this individual, and, the decision process would be significantly aided by its allowance.  This request is made pursuant to Fed R. App. 34(c) and 11th Cir. R. 28-2(c).

Case 1:16-cv-01262-LMM   Document 1-1   Filed 04/19/16   Page 52 of 92
Case: 16-10945    Date Filed: 04/09/2016    Page: 1 of 41
[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

# [Appeal and/or] Agency Review No. 16-10945
## In: the United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia 30303



Moshea John Jones, a/k/a Gerry W.
Complainant (Appellant) (Petitioner),

v.

Sylvia Mathews Burwell, Secretary,
U.S. Department of Health & Human Services,
Agency (Respondent)

**Appellant THEN Office of Inspector General (OIG) United States Department of Health and Human Services (HHS), Office of the Secretary (OS), Office of Audit Services (OAS), Region IV, Information Technology Auditor Law-enforcement official, M. John Jones [Request and/or] Motion to the office of the Clerk or Cir. Judge(s) for the United States Court of Appeal for the 11th circuit hold briefing schedule until United States Equal Employment Opportunity Commission Office of Federal Operations sends OFO Docket No. # 0120131578; And OFO Docket Nos. # 0120122573 {[Agency No: HHS-OS-0013-2010] EEOC Case No: 410-2011-00227X}, 0120122702 {[Agency No: HHS-OS-0034-2010] EEOC Case No: Hearing Requested (see OFO APPEAL Form 573 OFO DOCKET No. # 0120131578} record(s) to the United States Court of Appeals for the 11th circuit!**

1

**Appellant THEN Office of Inspector General (OIG) United States Department of Health and Human Services (HHS), Office of the Secretary (OS), Office of Audit Services (OAS), Region IV, Information Technology Auditor Law-enforcement official, M. John Jones [Request and/or] Motion to the office of the Clerk or Cir. Judge(s) for the United States Court of Appeal for the 11th circuit hold briefing schedule until United States Equal Employment Opportunity Commission Office of Federal Operations sends OFO Docket No. # 0120131578; And OFO Docket Nos. # 0120122573 {[Agency No: HHS-OS-0013-2010] EEOC Case No: 410-2011-00227X}, 0120122702 {[Agency No: HHS-OS-0034-2010] EEOC Case No: Hearing Requested (see OFO APPEAL Form 573 OFO DOCKET No. # 0120131578} record(s) to the United States Court of Appeals for the 11th circuit!**

Or at least extension of 14 days to give the DHHS Agency flexibility to consent to a request of permission to give/allow the Appellant THEN Complainant, Region IV (OIG/HHS/OS/OAS) Information Technology Auditor Law-enforcement official, M. John Jones to send/serve [a] brief and/or motions electronically to/on DHHS Agency.

In addition to this first request, I am asking the court to grant electronic submission of one of the 4 briefs or 7 briefs ... Owed due to this United States Court of Appeals for the Eleventh Circuit... And perhaps some clarification on whether or not the Appellant is required to file 4 or 7 briefs because I, **Appellant THEN Office of Inspector General (OIG) United States Department of Health and Human Services (HHS), Office of the Secretary (OS), Office of Audit Services (OAS), Region IV, Information Technology Auditor Law-enforcement official, M. John Jones**, say/declare I have a class complaint, and, I can prove it using Fed.

[Appeal and/or] Agency Review No. 16-10945

Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

R. Evid. 803(5) 'Recorded Recollection and Memorandum' and Fed. R. Evid. 803(6) 'Records of Regularly Conducted Activity' inserted/shown directly below [;AND that way I don't violate establish local/federal rules of the United States Courts that declare this motion should not be more than 14 pages].



[Appeal and/or] Agency Review No. 16-10945
**Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency**

THE FOLLOWING MUST BE COMPLETED AND CERTIFIED BY A PHYSICIAN

Attention Deficit Hyperactivity Disorder (ADHD)

Nature of Disabling Illness: ADHD — severe

ICD-9 Code(s): 314.01; 315.09

*(handwritten notes, largely illegible)* poor - fair prognosis; pt in very severe case; past began felt medication

| PHYSICIANS CONSULTED SINCE DISABILITY BEGAN | ADDRESS | DATES CONSULTED FROM | TO |
|---|---|---|---|
| Leonard J Weiss MD | 3188 Atl. Rd.; Sandy | 5-9-2011 | present |
| NG, MD | 265 Boulevard Atlanta, GA 30312 | 2-14-2010 | 5-8-2011 |
| Leslie T. Cottrell, MD | 1601 Maple St, Carrollton, GA 30118 | 8-15-2003 | 5-23-2006 |
| Gloria Richards, MD | 3915 Cascade Rd SW, Atlanta, GA 30331 | 9-26-2001 | 12-17-2009 |

Name of Attending/Admitting Physician: Leonard J Weiss MD

Date Signed: 8/17/11

I agree that any coverage which may be issued to the dependent named person shall be binding only if all statements in this certification are complete and true, and if approved by the Blue Cross and Blue Shield of Georgia Plan. Furthermore, the Plan may declare inoperative the applicant coverage if any statement is not complete and true.

I, the undersigned, hereby certify that the above statements are each and all complete and true to the best of my information knowledge and belief, and that they are made for the purpose of securing the disability benefits set forth in the disability provision contained in the above described policy or policies. I agree that these statements and the statements of all physicians who attended or treated the insured shall constitute the basis of the claim, and further agree that the furnishing of this form or any other forms supplemental thereto by Blue Cross and Blue Shield of Georgia (the Plan) shall not be considered an admission by it of any liability, nor a waiver of any of its rights or defenses.

The undersigned hereby waives on behalf of himself or of any person who shall be interested in the policies hereinbefore mentioned, all provision of law forbidding or restricting any physician or other person who, at any time, attended or examined the insured form disclosing in the courts or otherwise, any knowledge, information or belief which he thereby acquired, and I hereby specifically authorize all such persons, including hospitals, to freely communicate their knowledge to the Plan, if it requests them to do so.

[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

SIGNATURE (If signed by anyone other than the insured, explain on reverse side)   8 / 5 / 2011   DATE   Sherri Ray   WITNESS

## PLEASE READ CAREFULLY
### CONDITIONS OF ELIGIBILITY

Under the provisions of the Contract coverage, a dependent who is mentally or physically disabled may continue coverage to any age provided the dependent is:

1.   **Unmarried, and**
2.   **So incapacitated as to be incapable of self-sustaining employment, and**
3.   **Mentally or physically disabled prior to attainment of the age where coverage would otherwise be terminated.**
4.   **No lapse of coverage greater than 60 days.**

### IMPORTANT POINTS:

Neither a reduction in work capability, nor inability to find employment, are, of themselves, evidence of eligibility for continuation of coverage.

Blue Cross and Blue Shield contract benefits will not be provided when such benefits are available in whole or in part, under the laws of the United States of America or any state or political subdivision thereof.

### INSTRUCTIONS

We want to complete the processing of your application at the earliest possible date. In order to avoid delay, please read and follow the instructions printed below.

### I. APPLICATION

A.   Please answer all questions fully. If you do not have sufficient space, you may attach a separate sheet.

B.   If you are self-employed, please attach a separate sheet indicating the present status of your business (i.e. sold, leased, liquidated, etc.)

### II. ATTENDING PHYSICIAN'S STATEMENT

A.   It is imperative that we have complete medical proof of your dependent's disability. This should be supplied by the physician(s) who treated your dependent during the entire period of disability. If additional space is needed, please attach a separate sheet or complete office records.

B.   Please ask your physician to answer all questions fully and to give exact dates. If any changes and/or corrections are necessary, please be sure that each change is initialed by the physician.

An Independent Licensee of the Blue Cross Blue Shield Association

11035 07/05    PAGE 2

**Does NOT Title VII protect against pattern and practice discrimination, which would include a pattern and practice of disability employment discrimination that which is still occurring by the Department of Health and Human Services Office of the Secretary of the United States of America? And does this require this court or the Supreme Court to halt the Department of Health and Human Services Office of the Secretary of the United States of America from erecting a national healthcare exchange account?**

**BlueCross BlueShield of Georgia**

**HANDICAPPED / DISABLED DEPENDENT DETERMINATION**
P.O. Box 4445
Atlanta, GA 30302
Fax: 404-842-8040

Contract holder must fill in all fields on the application or it will not be processed.

Full Name of Contract Holder (Last, First, Middle): **Jones   Evelyn Elaine**
Group Number: **100139800**
Contract Number: **719A6401803**

Mailing Address: **310   Woodstock Dr SW**   City: **Atlanta**   State: **GA**   Zip Code: **30331**
Telephone Number: **404 699-0574**

Full name of handicapped/disabled dependent (Last, First, Middle): **Jones   Moshea   John**
Birthdate: **9 / 16 / 85**   Sex: ☒ Male ☐ Female
Social Security No. of Dependent: **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**

Marital Status of Dependent: ☐ Married ☑ Single   Relationship To Contract Holder: **Son**
Nature of Disability: **mental handicap**
Date of Disability: **1992**

Is dependent listed as Income Tax exemption? ☑ Yes ☐ No

Was or is dependent employed for wages? ☑ Yes ☐ No

Name of Dependent (s) last Employer: **U.S. DHHS/OIG   OAS**   Address of Dependent (s) last Employer (Street, City, State, Zip Code): **5600 Fishers Lane   Rockville MO 20857**
Average Weekly Earnings: **$ 646.13**

Reason for Termination: **Written + oral communication/collaboration deficiencies   6/30/10**
Termination Date: **6/30/10**
Does dependent now have any Hospital/Medical coverage? If "Yes" complete details below. ☑ Yes ☐ No Only current

**OTHER INSURANCE POLICIES PROVIDING FOR DISABILITY, SICKNESS OR ACCIDENT BENEFITS FOR THE DEPENDENT**

| Company Name | Address (Street, City, State, Zip Code) | Policy or Certificate Number |
|---|---|---|
| N/A | N/A | N/A  dependent coverage only |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

Is dependent eligible for care under Federal, State or Local Law? ☐ Yes ☑ No   If "Yes", give type of care: **N/A**
Address of agency providing care (Street, City, State, Zip Code): **N/A**

Is dependent currently receiving Social Security benefits? ☐ Yes ☑ No
If "Yes", what was the effective date? **N/A**
If "No", have benefits been denied? ☐ Yes ☑ No

**THE FOLLOWING MUST BE COMPLETED AND CERTIFIED BY A PHYSICIAN**

1. The above named dependent is presently incapable of self-sustaining employment by reason of (Check One)
☑ Mental Handicap   ☐ Physical Handicap   ☐ Total Disability
Is handicap congenital? ☐ Yes ☐ No
Date of Disability: Mo. **?** Day **?** **1992**

2. Diagnosis of condition(s), illness or injury causing status checked in Number 1 above (Describe fully the nature of the disability)

**Attention Defect Hyperactivity Disorder (ADHD)**

Name of Disabling Diagnosis: **ADHD - severe**

ICD-9 Code(s): **314.01; 315.09**

3. Prognosis and estimated number of months or years: **poor - fair progresix, pt has very severe case; past began taking medication**

4. Was dependent hospital confined? ☐ Yes ☑ No   Name of hospital, if admitted as an inpatient

Admitted (Mo., Day, Year):   Discharged (Mo., Day, Year):   Address of hospital (Street, City, State, Zip Code):

Admitting Diagnosis:   ICD-9 Code

Date dependent became totally and continuously disabled and completely prevented from engaging in any occupation whatsoever for compensation
Mo. **Jan.** Day **21** Year **2009**

Has dependent been able to engage in any gainful occupation or do any work since the disability began? ☑ Yes ☐ No
Date dependent resumed work or expects to resume work
Mo. **Feb.** Day **15** Year **2014**

11085 07/05

PAGE 1

[Appeal and/or] Agency Review No. 16-10945
**Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency**

| PHYSICIANS CONSULTED SINCE DISABILITY BEGAN | ADDRESS | DATES CONSULTED | |
|---|---|---|---|
| | | FROM | TO |
| *Leonrd J Weiss MD* | 3188 Att. Rd. ; Sangan | 5-9-2011 | present |
| NG, MD | 265 Boulevard Atlanta, GA 30312 | 2-14-2010 | 5-8-2011 |
| Leslie T. Cottrell, MD | 1601 Maple St, Carrollton, GA 30118 | 8-15-2003 | 5-23-2006 |
| Gloria Richards, MD | 3915 Cascado Rd SW, Atlanta, GA 30331 | 9-26-2001 | 12-17-2009 |

| Name of Attending/Admitting Physician | Signature of Physician certified above information | Date Signed |
|---|---|---|
| *Leonard J Weiss M.* | *[signature]* | 8/17/11 |

I agree that any coverage which may be issued to the dependent named hereon shall be binding only if all statements in this certification are complete and true, and if approved by the Blue Cross and Blue Shield of Georgia Plan. Furthermore, the Plan may declare ineffective the applicant coverage if any statement is not complete and true.

I, the undersigned, hereby certify that the above statements are each and all complete and true to the best of my information knowledge and belief, and that they are made for the purpose of securing the disability benefits set forth in the disability provision contained in the above described policy or policies. I agree that these statements and the statements of all physicians who attended or treated the insured shall constitute the basis of this claim, and further agree that the furnishing of this form or any other forms supplemental thereto by Blue Cross and Blue Shield of Georgia (the Plan) shall not be considered an admission by it of any liability, nor a waiver of any of its rights or defenses.

The undersigned hereby waives on behalf of himself or of any person who shall be interested in the policies hereinbefore mentioned, all provision of law forbidding or restricting any physician or other person who, at any time, attended or examined the insured form disclosing in the courts or otherwise, any knowledge, information or belief which he thereby acquired, and I hereby specifically authorize all such persons, including hospitals, to freely communicate their knowledge to the Plan, if it requests them to do so.

| | | |
|---|---|---|
| *Evelyn Elaine Jones* | 8, 5, 2011 | *Sherri Bay* |
| SIGNATURE (If signed by anyone other than the Insured, explain on reverse side) | DATE | WITNESS |

## PLEASE READ CAREFULLY
### CONDITIONS OF ELIGIBILITY

Under the provisions of the Contract coverage, a dependent who is mentally or physically disabled may continue coverage to any age provided the dependent is:

1. Unmarried, and
2. So incapacitated as to be incapable of self-sustaining employment, and
3. Mentally or physically disabled prior to attainment of the age where coverage would otherwise be terminated.
4. No lapse of coverage greater than 60 days.

### IMPORTANT POINTS:

Neither a reduction in work capability, nor inability to find employment, are, of themselves, evidence of eligibility for continuation of coverage.

Blue Cross and Blue Shield contract benefits will not be provided when such benefits are available in whole or in part under the laws of the United States of America or any state or political subdivision thereof.

### INSTRUCTIONS

We want to complete the processing of your application at the earliest possible date. In order to avoid delay, please read and follow the instructions printed below.

### I. APPLICATION

A. Please answer all questions fully. If you do not have sufficient space, you may attach a separate sheet.

B. If you are self-employed, please attach a separate sheet indicating the present status of your business (i.e. sold, leased, liquidated, etc.)

### II. ATTENDING PHYSICIAN'S STATEMENT

A. It is imperative that we have complete medical proof of your dependent's disability. This should be supplied by the physician(s) who treated your dependent during the entire period of disability. If additional space is needed, please attach a separate sheet or complete complete records.

B. Please ask your physician to answer all questions fully and to give exact dates. If any changes and/or corrections are necessary, please be sure that each change is initialed by the physician.

An Independent Licensee of the Blue Cross Blue Shield Association

PAGE 2

11005 07/05

[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

There are over 50 million Americans with disabilities; Should "unfair business practices"** against Americans with disability be allowed to continue, that which is STILL occurring by the DHHS OS of the United States of America...?

...Let the shameful wall of exclusion, finally come tumbling down!

**an "unfair business practice" occurs when it offends an established public policy or when the practice is immoral, unethical, oppressive, unscrupulous or substantially injurious to customers.

Has Department of Health & Human Services (DHHS), Office of the Secretary (OS) engaged in a pattern and practice of disability employment discrimination, that which is systematic and tantamount to class-wide disparate treatment with respect to the non-facilitation of FAR 39.2 approved reasonable electronic information & technology accommodation(s)/workplace modification(s) procured by the Department of Defense, in violation of 29 U.S.C. § 794, 794d, and 42 U.S.C. § 1985; perpetuated by this Agency's Office of Inspector General (OIG) and its Office of Counsel to the Inspector General (OCIG), the Agency's General Counsel?

Has Department of Health & Human Services (DHHS)

Case 1:16-cv-01262-LMM   Document 1-1   Filed 04/19/16   Page 60 of 92
Case: 16-10945   Date Filed: 04/08/2016   Page: 9 of 41
[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

~~HHS Department of Health & Human Services (DHHS),~~
~~Office of the Secretary (OS)~~ ~~engaged in a pattern and~~
~~practice of disability employment discrimination~~
~~that is systematic and tantamount to class-wide~~
~~disparate treatment~~ ~~in violation of 29 U.S.C. § 794,~~
~~794d, and 42 U.S.C. 1985~~ ~~with respect to the non-~~
~~facilitation of FAR 39.2 approved reasonable~~
~~electronic information & technology~~
~~accommodation(s)/workplace modification(s),~~
~~procured by the Department of Defense;~~
~~perpetuated by this Agency's Office of Inspector~~
~~General (OIG) and its Office of Counsel to the~~
~~Inspector General (OCIG), the Agency's General~~
~~Counsel?~~

The Appellant made timely motion for class certification under EEOC administrative
magistrate rules 29 C.F.R. § 1614.204(b) and Fed. R. Civ. P. Rule 23 during 2nd day of
EEOC Hearing No. 410-2011-00227X Agency EEO Complaint No. HHS-OS-0013-2010;
"I'm not certifying this case as a class case" is the bench ruling of Hon. Lana Layton, U.S.
EEOC Atlanta District Office administrative trial judge on this determination, however,
Fed. R. Civ. P. Rule 23(f) substantive due process right to appeal such determination is
deprived when no order of decree from Hon. Lana Layton exist either granting or denying
class action certification; in violation of Fed. R. Civ. P. Rule 23(c)(1)(A). "Fed. R. Civ. P.
23(f) is clear and unambiguous as to its application. Only those orders granting or
denying class certification may be pursued in the appellate courts immediately."

The District Court order from which appellant
appeals EEOC No. 410-2011-00227X Agency No.
HHS-OS-0013-2010 still now before OFO appellate
tribunal of the EEOC under consolidated Docket No. #
0120131578 appeal implementing EEOC decision shown
directly below and highlighted in accordance with
FRE 803(8) is NOT an order granting or denying
class certification;

Case 1:16-cv-01262-LMM   Document 1-1   Filed 04/19/16   Page 61 of 92

Case: 16-10945    Date Filed: 04/08/2016    Page: 10 of 41
[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency



U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Office of Federal Operations
P.O. Box 77960
Washington, DC 20013

Moshea J. Jones,
Complainant,

v.

Kathleen Sebelius,
Secretary,
Department of Health and Human Services,
Agency.

Appeal Nos. 0120122573, 0120122702

Agency Nos. HHS-OS-0013-2010, HHS-OS-0034-2010

Hearing No. 410-2011-00227X (for Appeal No. 0120122573)

**DECISION**

Complainant filed two separate appeals from two separate final decisions dated April 20, 2010, and May 24, 2010. In a final decision dated April 20, 2010, the Agency implemented the determination of an Administrative Judge, finding no discrimination. In a final decision dated May 24, 2010, the Agency dismissed a formal complaint. Complainant's appeals on both decisions are timely, regarding unlawful employment discrimination in violation of Title VII of the Civil Rights Act of 1964 (Title VII), as amended, 42 U.S.C. § 2000e et seq. and Section 501 of the Rehabilitation Act of 1973 (Rehabilitation Act), as amended, 29 U.S.C. § 791 et seq. We exercise our discretion to consolidate the appeals for joint processing, pursuant to 29 C.F.R. § 1614.606.

**BACKGROUND**

Appeal No. 0120122573, Agency No. HHS-OS-0013-2010

On April 6, 2010, Complainant filed a formal complaint.[1] The Agency accepted the following three claims for investigation:

[1] In its final decision, the Agency identified the date of filing (identified as "DOF") as "03/15/2010." However, other documents of record identify the filing date of the formal complaint as April 6, 2010.

however; Appellant THEN Complainant, Region IV (OIG/HHS/OS/OAS) Information Technology Auditor, M. John Jones moved to certify class on January27, 2012. [ 29 C.F.R. § 1614.204(b); details of which begin on page 444 of trial hearing transcripts immediately shown below in accordance with FRE 803(10): Absence of Public Record or Entry determination by Order Whether Class Action to Be Maintained in contradiction of Rule 23(c)(1)(A). ]

Case 1:16-cv-01262-LMM   Document 1-1   Filed 04/19/16   Page 62 of 92
Case: 16-10945   Date Filed: 04/08/2016   Page: 11 of 41
[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency




**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Office of Federal Operations
P.O. Box 77960
Washington, DC 20013

Moshea J. Jones,
Complainant,

v.

Kathleen Sebelius,
Secretary,
Department of Health and Human Services,
Agency.

Appeal Nos. 0120122573, 0120122702

Agency Nos. HHS-OS-0013-2010, HHS-OS-0034-2010

Hearing No. 410-2011-00227X (for Appeal No. 0120122573)

## DECISION

Complainant filed two separate appeals from two separate final decisions dated April 20, 2010, and May 24, 2010. In a final decision dated April 20, 2010, the Agency implemented the determination of an Administrative Judge, finding no discrimination. In a final decision dated May 24, 2010, the Agency dismissed a formal complaint. Complainant's appeals on both decisions are timely, regarding unlawful employment discrimination in violation of Title VII of the Civil Rights Act of 1964 (Title VII), as amended, 42 U.S.C. § 2000e et seq. and Section 501 of the Rehabilitation Act of 1973 (Rehabilitation Act), as amended, 29 U.S.C. § 791 et seq. We exercise our discretion to consolidate the appeals for joint processing, pursuant to 29 C.F.R. § 1614.606.

## BACKGROUND

Appeal No. 0120122573, Agency No. HHS-OS-0013-2010

On April 6, 2010, Complainant filed a formal complaint.[1] The Agency accepted the following three claims for investigation:

---

[1] In its final decision, the Agency identified the date of filing (identified as "DOF") as "05/15/2010." However, other documents of record identify the filing date of the formal complaint as April 6, 2010.

[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

---

Page 436

UNITED STATES OF AMERICA
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
ATLANTA DISTRICT OFFICE
- - - - - - - - - - - - - - - - - - - - - - -

In the Matter of:

                              EEOC No.
MOSHEA JOHN JONES,            410-2011-00227X

        Complainant,         Agency No.
                             HHS-OS-0013-2010
v.
DEPARTMENT OF HEALTH
AND HUMAN SERVICES,
OFFICE OF INSPECTOR
GENERAL, OFFICE OF AUDITS
ATLANTA, GEORGIA

        Respondent Agency.
- - - - - - - - - - - - - - - - - - - - - - -
                    Nunn Federal Center
                    61 Forsyth Street
                    Suite 3T12
                    Atlanta, Georgia

                    Friday, January 27, 2012
                    The above-entitled matter came on
for hearing, pursuant to Notice, at 9:29 a.m.


BEFORE:

        HON. LANA LAYTON, Administrative Judge

Neal R. Gross & Co., Inc.
202-234-4433

**[Appeal and/or] Agency Review No. 16-10945**
**Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency**

---

|  | Page 437 |
|---|---|
|  | APPEARANCES: |
|  | On behalf of Complainant: |
|  | MOSHEA JOHN JONES, Pro se |
|  |  |
|  | On behalf of Respondent Agency: |
|  |  |
|  | E. REYNOLDS WILSON, Senior Counsel |
|  | ALEXIS S. CONWAY, Associate Counsel |
|  | Office of Counsel to the Inspector General |
|  |  |
|  | 330 Independence Ave., SW |
|  | Washington, DC 20201 |
|  | (202) 205-9212 |
|  |  |
|  | Also present: |
|  |  |
|  | MATTHEW PENCE, Intern |
|  | RITA CHERRY, Intern |

**Page 439**

P R O C E E D I N G S

1
2  JUDGE LAYTON:  Okay.  Let's go
3  ahead and go on the record.  It's the
4  January 17th, 2012, and this is the
5  continuation of the hearing of Moshea John
6  Jones versus the Department of Health and
7  Human Services.  Present in the room today is
8  myself, Matthew Pence, who is one of my
9  interns, Rita Cherry, one of my interns, Ms.
10  Conway, Mr. Wilson, and Mr. Jones.  Ms. Conway
11  and Mr. Wilson represent the Agency.  Mr.
12  Jones is representing himself.  We concluded
13  the last day of testimony on Wednesday,
14  November 2nd, 2011, and I believe because of
15  the amount of time that it took us we did not
16  get through all of the Agency's witnesses,
17  correct?
18  MR. WILSON:  That's correct.
19  JUDGE LAYTON:  So who do we still
20  have today for the Agency?
21  MR. WILSON:  Well, there were two
22  additional witnesses, Kimberly Dixon, who was

---

**Page 438**

CONTENTS

| WITNESSES: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| Moshea Jones | 459 | 638 | 829 | |
|  |  |  |  |  |
| Kimberly Dixon | 834 | 863 | | |
| Erica Harris | 867 | 894 | | |

| EXHIBITS: | IDEN | RECD |
|---|---|---|
| Agency |  |  |
| 10 - Non-approved software form | 669 | 672 |
| 11 - 9/28/2009 emails | 672 | 675 |
|  |  |  |
| 12 - 6/22/2009 email | 756 | 785 |
| 13 - 2/2010 emails | 796 | 801 |
|  |  |  |
| Complainant |  |  |
|  |  |  |
| 1 - emails |  | 913 |
| 1 - FCIP handbook | 805 | 807 |

**Page 440**

1  who served as the auditor in charge on
2  several projects that Mr. Jones worked on, and
3  then also Erica Harris, who is a supervisory
4  IT specialist.
5  JUDGE LAYTON:  All right.  And
6  then the Complainant also is going to be
7  testifying today.
8  And, Mr. Jones, what I'm going to
9  do, I believe, is have you testify first -
10  MR. JONES:  Okay.
11  JUDGE LAYTON:  -- and did you have
12  any -- I didn't know if you have anything that
13  you --
14  MR. JONES:  I wanted to --
15  JUDGE LAYTON:  Go ahead.
16  MR. JONES:  I wanted to, I guess,
17  introduce the bulk of my exhibits into the -
18  JUDGE LAYTON:  Into the record?
19  MR. JONES:  -- into the record.
20  JUDGE LAYTON:  Now, did we do that
21  last time?  Because I was thinking that I said
22  that I was going to admit them.  Was it that

---

Neal R. Gross & Co., Inc.
202-234-4433

[Appeal and/or] Agency Review No. 16-10945
**Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency**

---

**Page 441**

1  we didn't actually do it?
2        MR. WILSON:  No, I --
3        MR. JONES:  Go ahead.
4        JUDGE LAYTON:  Go ahead, go ahead.
5        MR. WILSON:  Sorry.  I think what
6  we said was when -- there was a discussion
7  about this because of the way in which Mr.
8  Jones provided his exhibits at the last
9  minute, some as soon as an hour or so before
10  the hearing started --
11        JUDGE LAYTON:  Right, okay.
12        MR. WILSON:  -- that he had not
13  given the Agency sufficient notice of what he
14  intended to introduce.
15        JUDGE LAYTON:  Okay.  And did you
16  -- did you provide the documentation to --
17        MR. JONES:  I'm providing the --
18  I'm providing documentation now, actually
19  numbered and concise, you know, because last
20  time I basically was under a rush and
21  unprepared, so.
22        JUDGE LAYTON:  Right, right,

**Page 442**

1  right, right.  And so did you get them
2  numbered and get them to the --
3        MR. JONES:  They're numbered,
4  actually.
5        JUDGE LAYTON:  Okay.
6        MR. JONES:  So this is your copy,
7  this is his
8  copy --
9        JUDGE LAYTON:  Okay.
10        MR. JONES:  -- and then I'll
11  introduce these into the -- the record as we
12  go along.
13        JUDGE LAYTON:  What I'm going to
14  do is I'm going to hold off on admitting them,
15  let the Agency go ahead and flip through them
16  and see if there's anything that's different
17  than what you guys have previously seen, and
18  then if you can go ahead and give me copy to
19  me also, and then, Mr. Wilson, after you guys
20  have had a chance to review it then see if
21  there's any objections.
22        Yeah, Matt, you can just go ahead

**Page 443**

1  and get that.
2        What I'm going to do then, before
3  we admit those is --
4        MR. JONES:  And the way I've like
5  -- I grouped them --
6        JUDGE LAYTON:  Okay.
7        MR. JONES:  -- by the actual
8  issues, what -- the difference issues of my
9  actual case, like is the actual -- the record
10  -- the actual Report of Investigation that is,
11  you know, totally incomplete all the time.
12  But like the bottom of the pages, they
13  actually group like the -- like, you know,
14  exhibit A -- Complainant exhibit A is
15  performance and appraisal; then exhibit B is
16  the reasonable accommodations; exhibit C is
17  the disparate treatment; exhibit D is the
18  retaliation and adverse -- adverse employment
19  decision; and F is the -- well, I guess the
20  amended claims or the consolidation of the
21  claims or -- and then --
22        JUDGE LAYTON:  And then behind --

**Page 444**

1        MR. JONES:  And then one in
2  particular is the certification for class for
3  -- to be certified as a class or acting for a
4  class with respect to the -- the systematic,
5  you know, noncompliance of OIG with respect to
6  providing procedural safeguards inside of the
7  actual Office of Inspector General so people
8  who do have a disability, when they -- when
9  they request something there is a procedural
10  safeguard in place, you know, as established
11  by Executive Order 1316 --
12        JUDGE LAYTON:  Okay.  I haven't
13  seen any evidence to make this a class
14  complaint.  There's not anybody that's been
15  identified as a class and you as -- and at
16  this late of date, I'm not certifying this
17  case as a class case.  The case has got three
18  witnesses left.
19        I'm trying to look through this
20  though, from what you provided, and I don't
21  see where there's -- I've got Complainant
22  exhibit F to start --

[Appeal and/or] Agency Review No. 16-10945
**Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency**

---

**Page 445**

1  MR. JONES: Yeah, this -- this --
2  JUDGE LAYTON: And then I've got
3  Complainant's exhibit B, and then flips over
4  again to Complainant's D --
5  MR. JONES: Well, tell you what --
6  JUDGE LAYTON: -- Complainant's B
7  --
8  MR. WILSON: Can I just interject
9  one thing
10  before --
11  JUDGE LAYTON: Yes.
12  MR. WILSON: -- we go too far down
13  this road? Obviously we would need some time
14  to look through this because I don't know what
15  most of this stuff is. I will say that the
16  very first exhibit in here, we discussed this
17  during the hearing the last time. This is --
18  the document that be provided, which says on
19  the second page -- it's got a cover letter
20  from the --
21  MR. JONES: From the HHS --
22  MR. WILSON: -- from the Deputy

**Page 446**

1  Assistant Secretary --
2  MR. JONES: Correct.
3  MR. WILSON: -- for Human
4  Resources, the second page says that it's the
5  Department of --
6  JUDGE LAYTON: I don't think I
7  have the same thing that you guys have,
8  actually, because my second page looks like
9  this.
10  MR. WILSON: My second page is
11  this.
12  (Comparing documents.)
13  MR. JONES: The first --
14  JUDGE LAYTON: That's not -- okay
15  --
16  MR. JONES: The first page is in
17  the back. For his particular notebook, it's
18  in the back because I didn't have time to hole
19  punch it, but it's like -- but your first --
20  his -- your first section is exactly the same,
21  but it's just in the back of this particular
22  folder. So if you flip to the back, Mr.

**Page 447**

1  Wilson, of that folder --
2  JUDGE LAYTON: So --
3  MR. WILSON: Well, I'm trying to
4  show her this document. Where is this
5  document?
6  MR. PENCE: It's at the bottom of
7  her folder.
8  MR. JONES: You can -- you can --
9  at the bottom it has the actual -- like I
10  identified the actual link, so.
11  JUDGE LAYTON: Okay. Because I
12  don't have an exhibit A.
13  MR. PENCE: It says 2.
14  JUDGE LAYTON: Yeah, but see where
15  it says Complainant exhibit A? I don't see
16  where I have a Complainant exhibit A, unless
17  it's in here. This is B. This one is labeled
18  Complainant's B.
19  Okay. I don't think I have -- I
20  don't have the same documentation that Mr.
21  Wilson has, because I don't have a
22  Complainant's A.

**Page 448**

1  MR. WILSON: Well --
2  MR. JONES: Complainant exhibit A
3  the -- the performance plan, here it is.
4  MR. WILSON: Yeah. Well, let me
5  just -- let me just address this. You can
6  look at --
7  MR. PENCE: So this is your --
8  MR. WILSON: I have a copy --
9  MR. PENCE: Okay.
10  MR. WILSON: -- this document
11  JUDGE LAYTON: Okay. Okay, okay.
12  Go ahead, Mr. Wilson.
13  MR. WILSON: This document, we
14  talked about during the last -- during the
15  first day of the hearing. This document, if
16  you look at page two, says it's the Department
17  of Health and Human Services Performance
18  Management Appraisal.
19  JUDGE LAYTON: And this was
20  photocopied and provided last time, wasn't it?
21  MR. WILSON: Well, there's -- we
22  provided a different version of this document

**Neal R. Gross & Co., Inc.**
**202-234-4433**

[Appeal and/or] Agency Review No. 16-10945
**Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency**

---

**Page 449**

1  because this document does not apply to OIG.
2  JUDGE LAYTON: Okay.
3  MR. WILSON: And --
4  JUDGE LAYTON: Okay.
5  MR. WILSON: -- there is a
6  separate OIG performance management appraisal
7  program and that, in fact, is the document
8  that we provided the last time, so I object to
9  this.
10  JUDGE LAYTON: It was provided and
11  admitted.
12  MR. CONWAY: Yes.
13  MR. WILSON: It was.
14  MS. CONWAY: It's an Agency
15  exhibit.
16  MR. JONES: That particular
17  document -- this document is specific to the
18  FCIP program, which is exhibit
19  -- exhibit A, table of authority one. If you
20  looked inside the. I guess you -- the FCI
21  program specifies the actual criteria for the
22  actual program guidance that it actually uses.

**Page 450**

1  and I highlighted it on those two pages. That
2  would be page -- page -- page 12 of PMAP. And
3  it states, you know, somewhere -- and it's
4  highlighted, that the performance evaluation
5  should be in accordance with NHS PMP. Also
6  there's a link in the second section to the
7  actual -- to where I actually got the actual
8  information from.
9  JUDGE LAYTON: Okay. Let me make
10  sure that the Agency has this.
11  So what I'm looking at, Mr.
12  Wilson, is what is labeled as the Federal
13  Career Intern Program Handbook.
14  MR. WILSON: I have that, as well.
15  JUDGE LAYTON: Okay. And then
16  what he's highlighted is page six of twenty
17  one.
18  MR. JONES: That's the -- that's
19  the individual development plan --
20  JUDGE LAYTON: Okay.
21  MR. JONES: -- which is supposed
22  to be developed within 30 days, which the

**Page 451**

1  Agency did not do. But however, the next is
2  the PMP issue that he was referring to.
3  JUDGE LAYTON: Okay.
4  MR. JONES: And I've highlighted
5  both for you guys, you know --
6  JUDGE LAYTON: Okay
7  MR. WILSON: Yeah. This -
8  MR. JONES: And --
9  JUDGE LAYTON: Go -- okay, go
10  ahead, Mr. --
11  MR. WILSON: This document, this
12  NHS performance management program is not used
13  for any OIG employee. We have our own plan.
14  Mr. Jones' performance plan that was developed
15  was developed in accordance with our program,
16  not the NHS program.
17  JUDGE LAYTON: Okay.
18  MR. WILSON: And that's why we
19  provided that document, to -- as an exhibit
20  the last time.
21  MR. JONES: This is the actual
22  document that was given to you, know, expected

**Page 452**

1  to be, you know, rated by because this is the
2  actual link to the actual NHS, you know --
3  this particular handbook, you know, is
4  designated for all -- for all organisations
5  under HHS -- NHS, you know, which
6  -- which includes the Office of Inspector
7  General, which is actually under the -- well,
8  this particular office is up under the Office
9  of Secretary and -- I mean, I can --
10  MR. WILSON: The -- the Office of
11  Inspector General has its own -- has its own
12  personnel authority so that it's not under the
13  thumb of the Secretary, because we are
14  supposed to be investigating things that
15  conceivably might have to do with the
16  secretary. That's why we have our own hiring
17  authority, that's why we have our own
18  performance plan.
19  JUDGE LAYTON: Okay. Okay. Okay.
20  Okay
21  So do you understand what they're
22  saying is that, because this is the Office of

Neal R. Gross & Co., Inc.
202-234-4433

[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

## Page 453

1  Inspector General, they have their own plan,
2  they don't go by the general KHS plan, okay?
3          MR. JONES:  I --
4          JUDGE LAYTON:  Go ahead.
5          MR. JONES:  I just wanted to say
6  for the record, I object.  I'll keep providing
7  documentation like, you know, I have like --
8  matter of fact --
9          JUDGE LAYTON:  Well, there isn't
10 any evidence that's been put forward that
11 their using the OIG plan versus this plan was
12 done to discriminate against you, okay.  I
13 mean, there's a difference between somebody
14 doing something different than what you
15 expect, and thee doing it with a
16 discriminatory motive.  I don't see where
17 there's any evidence that the fact that they
18 used their own OIG plan instead of an KHS plan
19 was done to discriminate, or even how it could
20 be done to discriminate.
21         MR. JONES:  Well, everyone else
22 uses the actual -- the -- the HHS, you know --

## Page 454

1  everyone else uses the actual -- who is an
2  intern under the Office of Inspector General
3  through the Department of Health and Human
4  Services, you know, uses that particular --
5  for that particular program, you know,
6  specifically for the -- the PCIP program -- I
7  mean, the link to the actual document itself
8  was provided, you know --
9          JUDGE LAYTON:  Do you have any
10 evidence that there was any other interns that
11 worked under OIG that were on a different
12 performance plan than you?
13         MR. JONES:  I can provide a
14 document, you know, saying that the Office of
15 Inspector General has the PCIP program and it
16 complies to -- I can find that for you, I have
17 another --
18         JUDGE LAYTON:  Okay.  We need to
19 stay focused on the issues that I have before
20 me --
21         MR. JONES:  Okay.
22         JUDGE LAYTON:  -- which was that

## Page 455

1  you were denied a reasonable accommodation and
2  that you were denied evaluations.  You're
3  trying to get into extraneous issues of
4  different people.  That is not an accepted
5  issue that I have, of whether or not they were
6  on -- the fact is is that you were put on a
7  performance plan that's under OIG, and there
8  has not been any claim until right this moment
9  that that somehow violated some sort of
10 accommodation that you needed, that you were
11 put on a performance plan under OIG.  And I am
12 not going to, now today, on the second day of
13 the hearing, accept that as an issue, so I
14 don't see how any of it's relevant to the
15 accepted issue.
16         MR. JONES:  The -- the accepted
17 issue that a performance evaluation and
18 termination --
19         JUDGE LAYTON:  It was that you
20 were denied evaluations, not that you were put
21 on a different performance evaluation --
22 performance plan than other people

## Page 456

1          MR. JONES:  Okay.
2          JUDGE LAYTON:  Okay?  So we've got
3  to stay focused on the accepted issues that I
4  have.  The accepted issues has to deal with
5  the fact that you said that you were denied
6  reasonable accommodations --
7          MR. JONES:  Yeah.
8          JUDGE LAYTON:  -- that you were
9  denied an evaluation before you left, and then
10 you were terminated.
11         MR. JONES:  Okay.  With respect to
12 the reasonable accommodation, I was denied the
13 reasonable accommodation, you know, I was --
14 the management failed to, you know, properly,
15 you know, interact with me in the interactive
16 process by being flexible to actually provide
17 jobs or -- or provide, you know, the
18 modifications that were -- modification or
19 assistive technology devices that would enable
20 me to do my job.
21         JUDGE LAYTON:  Let's get your
22 testimony on the record in regard to that.

Neal R. Gross & Co., Inc.
202-234-4433

Case 1:16-cv-01262-LMM   Document 1-1   Filed 04/19/16   Page 69 of 92
Case: 16-10945   Date Filed: 04/09/2016   Page: 18 of 41
[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency



Page 436

UNITED STATES OF AMERICA
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
ATLANTA DISTRICT OFFICE
------------------------

In the Matter of:
                              EEOC No.
MOSHEA JOHN JONES,            410-2011-00227X

          Complainant,        Agency No.
                              HHS-OS-0013-2010
v.
DEPARTMENT OF HEALTH
AND HUMAN SERVICES,
OFFICE OF INSPECTOR
GENERAL, OFFICE OF AUDITS
ATLANTA, GEORGIA

          Respondent Agency.
------------------------
                    Nunn Federal Center
                    61 Forsyth Street
                    Suite 3T12
                    Atlanta, Georgia

                    Friday, January 27, 2012
                    The above-entitled matter came on
for hearing, pursuant to Notice, at 9:29 a.m.

BEFORE:

          HON. LANA LAYTON, Administrative Judge

Neal R. Gross & Co., inc.
202-234-4433

**[Appeal and/or] Agency Review No. 16-10945**
**Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency**

Neal R. Gross & Co., Inc.
202-234-4433

[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency



Case 1:16-cv-01262-LMM   Document 1-1   Filed 04/19/16   Page 72 of 92
Case: 16-10945   Date Filed: 04/08/2016   Page: 21 of 41
[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency



[Appeal and/or] Agency Review No. 16-10945
**Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency**

Page 450

Page 452

Neal R. Gross & Co., Inc.
202-234-4433

Page 453

Page 455

Page 454

Page 456

[Appeal and/or] Agency Review No. 16-10945
**Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency**



Neal R. Gross & Co., Inc.
202-234-4433

## ALSO ANOTHER MAJOR ISSUSE concerning class complaint:

Perhaps the Department of Health and Human Services (DHHS) Office of the Secretary (OS) of the United States of America  Freedom of Information Act (FOIA) division is attempting to split [or have spun off a particular portion of the ] FOIA Request 2011 -1282MT into several parts,...and as such,...new and separate FOIA request(s), or, perhaps NOT; nevertheless, neither FOIA Request(s) 2014-0825, 2013-0962GD, nor FOIA Request 2011-1282 has been completed, yet alone [being] processed promptly, professionally, or in any sort of an efficient manner; and therefore another reason for this Credo Of Appeal .

FOIA Request(s) that have not been fulfilled in accordance with 5 U.S.C. § 552 are as follows:

2011 -1282MT

2013-0962GD

2014-0825

This draft notice is prepared in accordance with the following statement:

Title VII/Exhaustion of Administrative Remedies

[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

If a claim amplifies, clarifies or more clearly focuses the allegations in an EEOC charge, it is reasonably related to
the EEOC charge.
Allegations of a different type of discrimination are not reasonably related to those in an EEOC charge unless the
allegations supporting
the new type of discrimination can be inferred from the facts contained in the EEOC charge. Benally v. San Juan
Coal Co., 02cv1064, May, 2004.

AND 42 U.S.C. § 1987 because were talking about me enforcing my Law-enforcement contract HHS-OIG-0077

P.S. : I know there are other issues like that which is shown below

## Whether the appellate tribunal erred in concluding date of formal filing of Agency EEO Compliant HHS-OS-0013-2010 to be April 6, 2010 rather than Feburay 16, 2010 that which Acknowledgement Letter dictates; in its decision dated Dec 12 , 2012 to consolidate Appeal No. 0120122573, Agency No. HHS-OS-0013-2010 and Appeal No. 0120122702, Agency No. HHS-OS-0034-2010 for joint processing pursuant to 29 C.F.R. § 1614.606.

Has OIG law enforcement agents PJB and BCJ deprived the Appellant THEN Complainant, Region IV (OIG/DHHS/OAS) Information Technology Auditor, M. John Jones of liberty, that which is enumerated in the Inspector General Act of 1978 without due process law; in violation of 42 U.S.C. §§ 1981-1987; 2000ff-4; 2000ff-6?

Was Appellant THEN Complainant, Region IV (OIG/DHHS/OAS) Information Technology Auditor, M. John Jones, denied and/or not facilitated approved Federal Acquisition Regulation (FAR) 39.2 compliant, reasonable Electronic Information & Technology (EI&T) accommodation(s)/workplace modifications procured by

[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

Department of Defense (DoD) with Federal funds via interagency Computer Electronic Accommodations Program (CAP) agreement with DHHS, making [Sec 504.] 29 U.S.C. § 794 applicable and that which [Sec. 508] 29 U.S.C. § 794d requires OIG/DHHS to facilitate under 36 C.F.R. 1194(c),

that which was 42 U.S.C. § 1982

42 U.S.C. § 2000ff-4

shall be of the Rehabilitation Act of 1973, as amended,

specifically recommended by DoD's Computer/Electronic Accommodations Program (CAP) for the Appellants genetic Attention Deficit Disorder/Attention Deficit Hyper-activity Disorder (ADHD) and associated learning dyslexia that would enable the Appellant to better achieve results, collaborate more effectively with others, and improve written and oral communications with respect to effectuating the Appellant's appointment as a Auditor of Information Technology for the Office of Inspector General (OIG) and its mission—TO COMBAT, WASTE, FRAUD, AND ABUSE; when his Manager, Region IV (OIG/DHHS/OAS) Audit IT/AATS Manager, Brian C. Johnson continuously refused Appellant— A academically superiorly qualified schedule B hire with ADHD—a learning disability—the installation of various reasonable accommodation(s)?

Has the Appellant's Manager, Region IV (OIG/DHHS/OAS) Audit Information Technology&Advanced Audit Technique Specialist (IT/AATS) Manager, Brian C. Johnson & Appellant's Supervisor, Region IV (OIG/DHHS/OAS) Regional Inspector General for Audit Services (RIGAS),

[Appeal and/or] Agency Review No. 16-10945
**Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency**

Peter J. Barbera discriminated against appellant when they failed to remain actively engaged in interactive process to determine appropriate reasonable accommodations?

REARTICULATED: THE MISSION OF OIG/OAS INFORMATION TECHNOLOGY AUDIT TEAM, SPECIFICALLY REGION IV, IS TO "APPLY AN EXPERT KNOWLEDGE OF INFORMATION SECURITY CONTROLS TO AUDITS OF DHHS PROGRAMS, OPERATIONS, GRANTEES, AND CONTRACTORS WITHIN REGION IV" AND "REVIEW THE MAINTENANCE OF COMPUTER-BASED SYSTEMS THROUGH THE CONDUCT OF COMPREHENSIVE AUDITS OF GENERAL SECURITY AND APPLICATION SPECIFIC CONTROLS."

THE APPELLANT IS QUALIFIED, IF NOT SUPERIORLY QUALIFIED TO EXECUTE THE TERMS OF HIS APPOINTMENT. WAS ANY OF THE FOLLOWING ACTIONS OR DECISIONS BASED IN DISABILITY DISCRIMINATION WITH RESPECT TO APPELLANT'S FEDERAL CAREER INTERNSHIP PROGRAM EXPERIENCE:  Job Assignments & Promotions, Pay And Benefits, Discipline & Discharge, Employment References to 'Federal Reserve Bank' of Atlanta, Reasonable Accommodations.

## HOWEVER;

"it would seem anomalous . . . to think congress intended no retaliation protection for employees who request a reasonable accommodation unless they also. file a formal charge. this would leave employees unprotected if an employer granted the accommodation and shortly thereafter terminated the employee in retaliation."

Soileau v. Guilford of Maine, 105 f.3d 12, 16 (1st cir. 1997). see also Garza v. Abbott laboratories, 940 f. supp. 1227, 1294 (n.d. ill. 1996) (plaintiff engaged in statutorily protected expression by requesting accommodation for her disability). the courts in soileau and garza only considered whether accommodation requests fall within the opposition or participation clause in section 503(a) of the ada. note, however, that section 503(b) more broadly makes it unlawful to interfere with "the exercise or enjoyment of . . . any right granted or protected" by the statute.

Case 1:16-cv-01262-LMM   Document 1-1   Filed 04/19/16   Page 78 of 92

Case: 16-10945   Date Filed: 04/08/2016   Page: 27 of 41
[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

granted or protected" by the statute.

Respectfully submitted,
Moshea (John) Jones

From here in the capital of the South Atlanta, Georgia (the shining city on the hill, that which withstands oceans), which is important because the state of Georgia was established 1776 and my states rights have been violated with respect to this case; and states rights of Florida why I was there on an OIG American Recovery and Reinvestment Act audit at the University of Florida, which as I mentioned above, more details will be provided in the electronic submission upload forthcoming.

NOTE: the U.S. Government was established 1789

Additionally, I, like Justice O'Connor believed that ONLY Direct evidence can induce a mixed motives complaint; I have a mixed motives Title VII case and as I mentioned before, details will be provided in the electronic submission upload forthcoming.

Complainant's Motion to Amend and Complainant's Opposition to Agency's Motion for Summary Judgement SENT August 5, 2011 opened by Agency, unopened by Trial Judge AJ Lanna Layton .pdf



[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency



Case 1:16-cv-01262-LMM   Document 1-1   Filed 04/19/16   Page 81 of 92
Case: 16-10945   Date Filed: 04/08/2016   Page: 30 of 41
[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency



Pages to be set soon with regard to Appellant brief (see Table of Content shown/inserted below in accordance with Fed. R. Evid. 803(5)),… the Appellant's brief will be under 1,400 pages and will be less than 14,000 words from the issue section to the conclusion section of the brief... Perhaps 750+ pages of the brief is comprised of Fed. R. Evid. 803(5) recorded recollection and memorandum.

[Appeal and/or] Agency Review No. 16-10945
**Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency**

## TABLE OF CONTENTS

Certificate of Interested Persons and Corporate Disclosure Statement.........

Statement Regarding Oral Argument.............................................................

Table of Citations ................................................................................... xliii

Statement of Subject Matter and Appellate Jurisdiction ........................... 45

Statement of the Issues........................................................................... 55

Statement of the Case............................................................................. 336

Statement of Facts.................................................................................. 354

Statement of Related Cases and Proceedings
Statement of the Standard or Scope of Review........................................ 933

Summary of the Argument....................................................................... 976

Argument:.............................................................................................. 980
  I.  DEPRIVAL OF THAT WHICH IS FUNDAMENTAL AND INDISPENSABLE TO
  ONE'S ABILITY TO REDRESS AND HAVE CURED INJUSTICE—COMPLAINTS' OF
  DISCRIMINATION & RETALIATION; INJURES ONE'S RIGHT OF ACCESS TO
  JUSTICE—DENIES 'DUE PROCESS' ................................................... 980
    A.  HHS Office of Secretary EEO official(s) intentional vitiation of notice of
    right to appeal its federal executive agency action and/or dismissal of
    complaint of Prohibited Personnel Practices (PPP)'s to either MSPB or EEOC;
    or petition a federal court, endangers my enumerated "Bill of Rights"
    guaranteed by the republic for which it stands one nation under God, with
    liberty and justice for ALL… {TIME & PLACE: WORLD WAR III, the
    "Constitution of the United States" is the Law of the Land herein the United
    States [of America]} ....................................................................... 980
    B.  Malice fragmentation of claims requires the Right-remedy gap in
    constitutional law 42 U.S.C. §§ 1981-1987; "this point is dispositive of the
    issue to reverse/vacate Equal Employment Opportunity Commission
    Atlanta District Office Administrative Trial Judge, Hon. Lana Layton's 11th
    of April 2012 decision, and investigate ALL Appellant's claims {THAT WERE
    AND/OR ARE STILL ARE FRAGMENTED (see agency EEO Compliant(s): HHS-
    OS-0013-2010; HHS-OS-0034-2010), both filed timely, [however, the latter
    also being of the realm of MSPB was vitiated by the United States HHS

xxxvii

**[Appeal and/or] Agency Review No. 16-10945**
**Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency**

Agency's OS EEO Compliance Office] and so we do not have to consider the other interesting issues/questions presented and arguments made" .......980
C.   Malice fragmentation of cliams requires the Right-remedy gap in consistiutional law 42 U.S.C. §§ 1981-1987 this point is dispositive of the issue to reverse/vacate Equal Employment Opportunity Commission Atlanta District Administrative Trial Judge Lana Layton's 11th of April 2012 decision, and investigate ALL Appellant's claims {THAT WERE AND/OR ARE STILL ARE FRAGMENTED (see agency EEO Compliant(s): HHS-OS-0013-2010; HHS-OS-0034-2010) <both filled timely>, <however, the latter, a being a MSPB viatiated by the Agency's OS EEO Complaince Office }.......................981
D.   The Appellant made timely motion for class certification under EEOC administrative magistrate rules 29 C.F.R. § 1614.204(b) and Fed. R. Civ. P. Rule 23 during  2nd day of EEOC Hearing  No. 410-2011-00227X Agency EEO Complaint No. HHS-OS-0013-2010; "I'm not certifying this case as a class case" is the bench ruling of Hon. Lana Layton, U.S. EEOC Atlanta District Office administrative trial judge, on this determination, however, Fed. R. Civ. P. Rule 23(f) substantive due process right to appeal such determination is deprived when no order of decree from Hon. Lana Layton exist either granting or denying class action certification; in violation of Fed. R. Civ. P. Rule 23(c)(1)(A). "Fed. R. Civ. P. 23(f) is clear and unambiguous as to its application.  Only those orders granting or denying class certification may be pursued in the appellate courts immediately." 981
E.   Section 1614.108(b), of Title 29 C.F.R., requires that "the agency shall develop an impartial and appropriate factual record upon which to make findings on the claims raised by the written complaint." An appropriate factual record is one that allows a reasonable fact finder to draw conclusions as to whether discrimination occurred... IF the HHS/OS/EEO did not include in 'Record Of Investigation' (ROI),... the full performance appraisal/evaluation that indicate(s) that a Merit System Protection Board violation by OIG/DHHS/OS management, specifically by, THEN Region IV (HHS/OIG/OS/OAS) Regional Inspector General for Audit Services, Peter J. Barbera, and, Region IV (HHS/OIG/OS/OAS) Advanced Audit Technique Specialist & Information Technology Audit Manager, Brian C. Johnson, has/had occurred,...  how has not a conspiracy to discriminate between the Agency's OS/EEO compliance unit and the Agency's OIG Management within the Agency's OS ...occurred against Americans with disability/disabilities, when taken in-together with the Agency's OS non-compliance with the No FEAR Act web-posting requirement(s), that which, invalidates the No FEAR Act record(s) kept by the United States EEOC OFO,... occurred.... ALL of which is in violation of 42 U.S.C. § 1985; 42 U.S.C. §§ 2000ff-6, 2000ff-4; 5 U.S.C. § 2302(b)... that must certify issues

xxxviii

[Appeal and/or] Agency Review No. 16-10945

**Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency**

into questions, if permissible by the Law to the Supreme Court of the
United States?......................................................................................981
   F.  SuConstructive Discharge/Forced To Resignb-point aaaa...................982
   G.  Sub-point dddd.............................................................................982
II.  EQUAL PROTECTION CLAUSE ='s EQUAL PROTECTION OF THE LAWS OF
THE LAND [14TH AMENDMENT (1868)]..............................................982
   A.  Title VII, of the 1964 Civil Rights Act, protect against pattern and
practice discrimination, that which, would include a pattern and practice of
disability employment discrimination occurring by the United States
Department of Health and Human Services Agency's Office of Secretary
[against Americans with disability/disabilities].................................982
   B.  The Agency has NOT and CANNOT point to the so-called interigty rule
Pre-Employment Inquiries and Medical Questions & Examinations............982
   C.  Pre-Employment Inquiries and Medical Questions & Examinations
SubDDD-point 2................................................................................982
   D.  **The Agency has NOT and CANNOT point to the so-called interigty
rule the Appellant THEN Office of Inspector General (OIG) Department
of Health and Human Services (HHS), Office of the Secretary (OS), Office
of Audit Services, Region IV, Information Technology Auditor Law-
enforcement official, M. John Jones violated/broken … … ,however, I
have in this credo pointed out the integrity GAO Yellow book …<<point
to the rule>> that Kimberly Dixon Has broken … against the trust of the
American people…WHAT WORKPLACE RULES HAVE THE APPELLANT
BROKEN…? THUS FAR, THE AGENCY'S ARGUMENT IS "THERE ARE
THINGS WE KNOW THAT WE KNOW. THERE ARE KNOWN UNKNOWNS.
THAT IS TO SAY THERE ARE THINGS THAT WE NOW KNOW WE DON'T
KNOW, BUT THERE ARE ALSO UNKNOWN UNKNOWNS. THERE ARE
THINGS WE DO NOT KNOW WE DON'T [KNOW]!"**.............................982
III. I AM THE LAW OF THE LAND; AND THE LAND OF LAW: IS LAW; [42 U.S.C.
§§ 1981-1987] IF NO PERSON SHALL BE DEVPIVED OF LIFE, LIBERTY, OR
PROPERTY, WITHOUT DUE PROCESS OF LAW [[5TH AMENDMENT (1791)] & 14th
AMENDMENT EQUAL PROTECTION CLAUSE = EQUAL PROTECTION(S) UNDER
THE LAND OF LAW (1868)] ...............................................................983
   A.  **The Office of Inspector General for the Department of Health and
Human Services STILL has not facilitated the Appellant THEN
Complainant, Region IV (OIG/DHHS/OS/OAS) Information Technology
Auditor, M. John Jones's, FAR 39.2 compliant, approved reasonable
Electronic Information & Technology (EIT) accommodations/workplace
modifications purchased by the Department of Defence Computer-
electronics Accommodation Program (DoD/CAP) that the Law [29 U.S.C.
§ 794d; 42 U.S.C. § 1982; and E.O. 13164] require MUST be facilitated,
when the Agency has provided no undue burden exception certificate**

xxxix

[Appeal and/or] Agency Review No. 16-10945
**Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency**

[under 36 CFR Part 1194.4 and FAR 39.204(e) ] signed by either OIG or the Agency's Office of the Secretary 508 official that would exempt the Appellant's Manager and/or the Appellant's Supervisor, both, OIG law enforcement audit agents, from not complying with 36 CFR Part 1194.3(c) electronic and information technology accessibility standards. 983

B.  No person should be subjugated to, or, subjected to a status quo merely because of the characteristics of having a disability without giving first, that individual an equal opportunity Because Section 508 [29 U.S.C. § 794d] requires federal agencies to ensure that the EIT they develop, procure, maintain, or use is accessible to and usable by individuals with disabilities requiring such reasonable Electronic Information Technology accommodation(s)/Workplace modification(s) who are employees!...........983

C.  Agency CANNOT negate its failure obligating its Agency to install ~~ertification from this appellant tribunal in accordance with 28 U.S.C. § 1254(2) is [hereby] sought. From February 16, 2010 until December 12, 2012 the Appellate's complaints [HHS-OS-0013-2010 & HHS-OS-0034-2010] have been fragmented and will or should be given at least that amount of time to write or submit a brief and evidencey~~ ........................984

D.  Incomplete Record of Investigation (ROI).................................984

IV.  OBJECTIONS & OTHER MATTERS OF CONCERN(S) RELATIVE TO ANY DECISION TO REVERSE/VACATE/REMAND  EEOC OFO ADMINISTRATIVE TRIAL JUDGE LANA LAYTON APRIL 11th, 2012 DECISION AND INVESTIGATE ALL CLAIMS THAT WERE NOT INVESTIAGTED DUE TO AGENCY EEO fragmentation of 8 original claims having ALSO "MSPB" [5 C.F.R. § 1201.3] jurisdiction [& "OSC" [5 U.S.C. § 2302(b)(12) jurisdiction];  which was intentional AND CONSTITUTES a furtherance OF conspiracy to discriminate AGAINST Americas with disability/disabilities IN VIOLATION OF 42 U.S.C. § 1985; 5 U.S.C. § 2302(b)(4); 5 U.S.C. § 2302(b)(9)(A)..............................984

A.  MOTION TO EXCLUDE AGENCY GENERAL COUNSEL [DHHS/OS/OIG] SUBMISSION IN BAD FAITH DURING 1st DAY OF INITIAL FACT-FINDER [AJ] HEARING 12b & MOVE THAT IT BE STRICKEN FROM THE RECORD SO AS NOT TO BE PRESENTED & CONFUSED WITH THE ISSUE, ALSO BROUGHT BY APPELLANT, OF, INCOMPLETE RECORD OF INVESTIGATION BY AGENCY EEO [DHHS/OS/EEO] COMPLIANCE DIVISION ~Pre-Employment Inquiries and Medical Questions & Examinations .........................................984

B.  Because of Appellant's  genetic Attention Deficit Disorder/Attention Deficit Hyper-activity Disorder (ADD/ADHD) and being prescribed Adderall XR, a control level II (CII) stimulant, the Appellant was subjugated to additional medical release associated with OPM Standard Form 86 that expired one year from date of electronic signature, on 06/11/2009, releasing such information to conduct a national background investigation,

xl

[Appeal and/or] Agency Review No. 16-10945
**Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency**

which means in 2011, without any medical release consent nor authorization from appellant, to cover-up its client(s) THEN Region IV (OIG/HHS/OS/OAS) Regional Inspector General for Audit Services, Peter J. Barbera and Region IV (OIG/HHS/OS/OAS)   Advance Techniques & Information Technology Audit Manager, Brian C. Johnson, merits system rule violation(s) and 42 U.S.C. § 2000ff-6 violation, the OCIG directed the Agency's Federal Occupational Health Services to conduct an unlawful   medical evaluation disguised as a pre-employment medical questionnaire/examination to OCIG's hired medical experts in violation of HIPPA, to deceive United States federal Courts Of Appeals and the American taxpayer(s) that the United States Department of Health and Human Services Office of the Secretary is the model disability employer when it has yet STILL NOT facilitated the Appellants reasonable electronic information technology accommodations/workplace modifications conveyed/purchased by Department of Defence ............................................1057

C.   Evidentiary matter of DHHS Agency's Counsel/(Office of Counsel to the Inspector General )(OCIG)   Fed. R. Civil P. 56(h) knowingly, bad faith submission of fraudulent, and, misleading  'Performance Management Appraisal Program' (PMAP) instructions non-applicable to Appellant THEN Complainant, Region IV (OIG/HHS/OS/OAS) Information Technology Auditor Law-enforcement official, M. John Jones, since new instructions had been issued superseding those introduced by Agency's OIG Management officials   [(OIG/DHHS/OS/OCIG) Deputy Branch Chief {advisor} THEN Senior Counsel Reynolds Wilson  and/or (OIG/HHS/OS/OCIG) Senior Counsel Alexis S. Conway THEN Associate Counsel  and/or THEN Region IV (OIG/HHS/OS/OAS) Regional Inspector General for Audit Services, Peter J. Barbera and/or   Region IV (OIG/HHS/OS/OAS)  Advance Techniques & Information Technology Audit Manager, Brian C. Johnson,] to its medical expert(s)/witnesses  in violation of   Fed. R. Evid. 702, 703, 705 during the first, of two, summary judgment's that were both denied by the  administrative trial judge along with a motion to compel from the United States [federal/central]   DHHS government{Agency},... a discovery request from the Agency's Office of Counsel to the Inspector General sent to the Appellant. ............................1057

D.   Submission of a knowly out date PAMP Instrution Manuel to cover the merits upon of which the Agency discriminated ..........................................1074

E.   AJ failed to accutate presvre record on Appeal by not including the Direct Evidence included in Appellants Cross Motion, Complaint's motion to amend and Complaint's oppostion to Agency's motion for Summary Judgement, in addtion to Trial Exhbits presented for submision not allowed to submit that must be to presvre issues on appeal in accordance with MD 110 and AJ HANDBOOK ...................................................................1074

xli

**[Appeal and/or] Agency Review No. 16-10945**
**Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency**

**[Appeal and/or] Agency Review No. 16-10945**

**Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency**

F.   Tester Interview with Federal Reserve Bank of Atlanta confirmed Fraud that caused reputational harm; Color of the Law abuses by Executive branch Officials, and Retaliation declared in the 'Complainant's Motion to Amend and Complainant's Opposition to Agency's Motion for Summary Judgment' SENT August 5, 2011 opened by Agency, however, unopened by Trial Judge OFO EEOC Administrative trial Judge Lana Layton.................1074

G. ..................................................................................................................1075

H.   AJ faiure to presvre record of Exbhits not allowed to submit to presvere issues on appeal..........................................................................................1075

Conclusion & RELIEF .......................................................................................1075

Certificate of Compliance ...............................................................................1076

Certificate of Declaration & Service................................................................1076

xlii

[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

## Statement Regarding Oral Argument

The Appellant submits that oral argument would be helpful since the administrative trial Judge of the Equal Employment Opportunity Commission OFO disallowed THEN Region IV (OIG/HHS/OS/OAS) Regional Inspector General for Audit Services, Peter J. Barbera, the Appellant's supervisor, from testifying as to vitiate the Appellant's Bivens/42 U.S.C. § 1983 claims against this individual, and, the decision process would be significantly aided by its allowance. This request is made pursuant to Fed R. App. 34(c) and 11th Cir. R. 28-2(c).

36

[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

Respectfully Submitted,

Moshea John Jones

310 WOODSTOCK DR. S.W.
ATLANTA, GEORGIA 30331
TEL: (404) 694-0120
TAM: (404) 699-0574

[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

Certificate of Service

I certify that on Friday, on the 8th of April 2016, **Appellant THEN Office of Inspector General (OIG) United States Department of Health and Human Services (HHS), Office of the Secretary (OS), Office of Audit Services (OAS), Region IV, Information Technology Auditor Law-enforcement official, M. John Jones [Request and/or] Motion to the office of the Clerk or Cir. Judge(s) for the United States Court of Appeal for the 11th circuit hold briefing schedule until United States Equal Employment Opportunity Commission Office of Federal Operations sends OFO Docket No. # 0120131578; And OFO Docket Nos. # 0120122573 {[Agency No: HHS-OS-0013-2010] EEOC Case No: 410-2011-00227X}, 0120122702 {[Agency No: HHS-OS-0034-2010] EEOC Case No: Hearing Requested (see OFO APPEAL Form 573 OFO DOCKET No. # 0120131578} record(s) to the United States Court of Appeals for the 11th circuit!**

*TO be served simultaneously on the Commission and the Agency via United States Postal Service within five business days and electronically to Agency Counsel listed below within 3 days of today,* Friday, the 8th of April *via email vis-à-vis Adobe send now & track*

EEO Compliance and Operations Division
Department of Health and Human Services
Mary E. Switzer Building
330 C St., SW, Suite 2200
Washington, DC 20201

[Appeal and/or] Agency Review No. 16-10945
Moshea John Jones v. Syvia Mathews Burwell, Secretary, U.S. DHHS, Agency

By E-Mail:


Office of Counsel to the Inspector General
U.S. Department of Health & Human Services
Cohen Building
330 Independence Ave., S.W.
Washington, DC 20201

Alexis S. Conway, Associate Counsel
alexis.conway@oig.hhs.gov

Reynolds Wilson, Senior Counsel
reynolds.wilson@oig.hhs.gov


                                        _____
                                        310 WOODSTOCK DR. S.W.
                                        ATLANTA, GEORGIA 30331
                                        TEL: (404) 694-0120
                                        TAM: (404) 699-0574