## General Docket
## United States Court of Appeals for the Eleventh Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 16-10945<br>Moshea Jones v. Secretary, U.S. Department of<br>**Appeal From:** Equal Employment Opportunity Commission<br>**Fee Status:** Fee Paid | **Docketed:** 03/03/2016<br><br>**Case Handler:** O'Guin, Denise E., A<br>(404) 335-6188 |
| **Case Type Information:**<br>　1) Agency<br>　2) Agency Petition for Review<br>　3) - | |
| **Originating Court Information:**<br>　**District:** EEOC-0 : 0120122573 | |
| **Prior Cases:**<br>　None<br><br>**Current Cases:**<br>　None | |

| | | |
|---|---|---|
| MOSHEA JOHN JONES | Petitioner | Moshea John Jones<br>Direct: 404-694-0120<br>[NTC Pro Se]<br>310 WOODSTOCK DR SW<br>ATLANTA, GA 30331 |
| versus | | |
| SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES | Respondent | Carlton M. Hadden<br>[NTC U.S. Government]<br>U.S. Department of Health & Human Services<br>Office of General Counsel<br>Firm: 404-562-7840<br>61 FORSYTH ST SW STE 5M60<br>ATLANTA, GA 30303-8909 |

MOSHEA JOHN JONES,

　　　　　　　　　　　　　Petitioner,

versus

SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,

　　　　　　　　　　　　　Respondent.

| 04/08/2016 | | *MOTION Motion for leave to file electronically filed by Petitioner Moshea John Jones. Opposition to Motion is Unknown [7750051-1]* (no CIP included)--[Edited 04/12/2016 by DEO] |
|---|---|---|
| 04/08/2016 | | Appellant's Certificate of Interested Persons and Corporate Disclosure Statement filed by Petitioner Moshea John Jones. |
| 03/29/2016 | | NOTICE OF CIP FILING DEFICIENCY to Moshea John Jones. You are receiving this notice because you have not completed the Certificate of Interested Persons (CIP). Failure to comply with 11th Cir. Rules 26.1-1 through 26.1-4 may result in dismissal of the case or appeal under 11th Cir. R. 42-1(b), return of deficient documents without action, or other sanctions on counsel, the party, or both. |
| 03/23/2016 | | Appellate fee was paid on 03/16/2016 as to Petitioner Moshea John Jones. |
| 03/15/2016 | | This PETITIONER has been notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the required filing fee has been received in this Court. Check previously issued to this court was returned by bank as insufficient. |
| 03/03/2016 | | AGENCY PETITION / APPLICATION DOCKETED. Filed by Petitioner Moshea John Jones. Fee Status: Fee Paid. |