# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 12, 2016

Moshea John Jones
310 WOODSTOCK DR SW
ATLANTA, GA 30331

Appeal Number: 16-10945-A
Case Style: Moshea Jones v. Secretary, U.S. Department of
Agency Docket Number: 0120122573

Please take notice that the following motion has been filed:

*MOTION Motion for leave to file electronically filed by Petitioner Moshea John Jones. Opposition to Motion is Unknown [7750051-1]* (no CIP included)

Eleventh Circuit Rule 27-1(a)(9) provides "All motions filed with the court shall include a Certificate of Interested Persons and Corporate Disclosure Statement as described in FRAP 26.1 and the accompanying circuit rules." On the same day the CIP is served, the party filing it must also complete the court's web-based certificate at the Web-Based CIP link of the court's website. Pro se parties are **not required or authorized** to complete the web-based certificate.

Your motion has been filed, but will not be considered or acted upon by the Court pending receipt of the required certificate (except as may be required to prevent injustice) within FOURTEEN (14) DAYS from the date of this letter. If you fail to file the certificate within FOURTEEN (14) DAYS from the date of this letter, the Court will determine whether the motion should be stricken for failure to comply with the Rules. This may result in your motion being returned to you without Court action.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Denise E. O'Guin, A
Phone #: (404) 335-6188

MOT-9 Motion deficient