# UNITED STATES DISTRICT COURT
### for the

### Northern District of Georgia

**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

JUL 2 0 2016

**JAMES N. HATTEN, Clerk**
By: _____ Deputy Clerk

---

**Moshea John Jones, a/k/a Gerry W.**
**Complainant (Appellant)(Petitioner),**


**v.**




**Sylvia Mathews Burwell, Secretary,**
**U.S. Department of Health & Human**
**Services, Agency (Respondent).**

Civil Action No. 1:16CV1262LMM-WEJ

OFO Docket No: **0120131578;**

**0120122573,** [Agency No: **HHS-OS-0013-2010**
        EEOC Case No: 410-2011-00227X
**0120122702**  [Agency No: **HHS-OS-0034-2010**
        EEOC Case No:  **Hearing Requested** (see
*OFO APPEAL Form 573 DOCKET NO 0120131578*

        TRANSFER FROM: U.S. COURT OF APPEALS for the Eleventh
        Circuit; [Appeal and/or] Agency Review No. 16-10945
        56 Forsyth Street, NW
        Atlanta, Georgia 30303
        ON: April 19, 2016

Date: **Wednesday, July 20, 2016**

---

In accordance with **Fed. R. Civ. P. 4(l) Proof of Service**, and, in
accordance with **Fed. R. Evid. 803(5) Record Recollection
and Memorandum** and **Fed. R. Evid. 803(6) Records of
Regularly Conducted Activity** within this here Credo by the
Almighty God

1

I declare on my almighty God that a copy of the Petition and summons notice seal by the clerk of the **UNITED STATES DISTRICT COURT for the Northern District of Georgia** to the following by United States Postal Service vis-à-vis certified mail as shown below:

**Sylvia Mathews Burwell, Secretary,**
**U.S. Department of Health & Human Services, Agency**
**(Respondent)**





U.S. Attorneys » Districts

# Northern District of Georgia



**ABOUT THE U.S. ATTORNEY**

**John A. Horn, USA**

John A. Horn is the Acting United
States Attorney in the Northern
District of Georgia (NDGA). He has
been a federal prosecutor since 2002,
and previously served as First
Assistant U.S. Attorney, Chief of the
offices Appellate Division, and Deputy
Chief of the Narcotics Section for the
NDGA.



The Northern Distr
includes over six m
with a geographic s
runs from the mou
north, to the Atlant
the south, from the
Alabama in the wes
Carolinas in the eas

READ MORE »

**OFFICE CONTACT INFORMATION**

Richard B. Russell Federal Building
75 Spring Street, S.W.
Suite 600
Atlanta, GA 30303-3309

Tel: 404.581.6000
Fax: 404.581.6181

axkdoj@doj.gov



Loretta E. Lynch
**Attorney General of the United States**

Loretta E. Lynch was sworn in as the 83rd Attorney General of the
United States by Vice President Joe Biden on April 27, 2015.
President Barack Obama announced his intention to nominate Ms.
Lynch on November 8, 2014.

LEARN MORE »

The United States Attorney General, Loretta Lynch

Room 4400

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

BCBS of Georgia









And; by adobe send now receive receipt services:



THEN Region IV (OIG/HHS/OS/OAS) United States Regional Inspector General for Audit Services, Peter J. Barbera

APPROVE: _____
EFFECTIVE DATE: 8/19/09

## HHS OIG ~ REGION IV
### REGIONAL MANAGEMENT & STAFFING STRUCTURE

**Peter J. Barbera**
Regional Inspector General
for Audit Services
(404) 562-7750

**Barbara Hahnemann, Administrative Officer**
(404) 562-7759
Kathdean Smith, Administrative Support Specialist
(404) 562-7754
Mercy Campbell, Administrative Support Specialist
(404) 562-7790

| Eric D. Bowen (ATL) CMS A/M (404) 562-7789 | Andrew A. Funtal (ATL) CMS A/M (404) 562-7762 | Denise R. Nowak (MIA) CMS A/M (305) 536-5309, ext 10 | Mark L. Wimple (RDU) CMS A/M (919) 790-2765, ext. 24 | John T. Drake (ATL) ACF A/M (404) 562-7755 | Mary Ann Moreno (ATL) PHS A/M (404) 562-7770 | Scott Johnson (ATL) AATS&T A/M (404) 562-7786 |
|---|---|---|---|---|---|---|
| **SENIOR AUDITORS** | **SENIOR AUDITORS** | **SENIOR AUDITORS** | **SENIOR AUDITORS** | **SENIOR AUDITORS** | **SENIOR AUDITORS** | **SENIOR AUDITORS** |
| Osvaldo Ordonez (ATL) Maureen Bates (BHM) | Timothy Crye (JAX) Aner Sanchez (JAX) Nivea Woodard (JAX) | Mario Pelaez (MIA) Lourdes Puntonet (MIA) Charlene Roomes (MIA) Mark Staninsky (MIA) | Lisa Smith (CAE) Lorraine Forrest (RDU) | Thomas Justice (BHM) Truman Mayfield (TLH) Amelia Wentz (TLH) Thomas Rauch (ATL) | Julie Brewer (ATL) James Lomax (ATL) Connie Parks (ATL) | Dana Duncan (ATL) Preshma Marta (ATL) Patricia Toms (ATL) Miguel Valayo (ATL) Gus George (JAX) Michael Hayden (JAX) |

| AUDITORS | AUDITORS | AUDITORS | AUDITORS | AUDITORS | AUDITORS | AUDITORS |
|---|---|---|---|---|---|---|
| Maurice Benzan (ATL) Robert Brady (ATL) Janie Larson (ATL) Joseph Turner (ATL) Chris Zastrow (ATL) Brooke Adams (BHM) Benita Newton (BHM) Rebekah Rivers (BHM) Chris Seidel (BHM) | Eric Bauless (JAX) Ali Bute (JAX) Katherine Daniel (JAX) Barry Reed (JAX) Nanette Sanchez (JAX) Edward Wojnar (JAX) Brian Zern (JAX) | Michael Abbott (MIA) Ivan Echevarria (MIA) Barbara Goldstein (MIA) Lauren Mackin (MIA) Jose Marquez (MIA) Sarajini Mohan (MIA) | Mark Mathis (ATL) Bryan Bailey (CAE) Sharon Brown (CAE) Marlyne Hough (CAE) Lloyd Myers (CAE) Jafar Bataid (RDU) William Hancock (RDU) Jeffrey Kirk (RDU) Eric Lambert (RDU) Dara Poneissa (RDU) Betty Rouse (RDU) Donna Stephenson (RDU) | Harold Agee (BHM) Betty Mason (BHM) Shanice Thompson (BHM) Deanna Baggea (TLH) Ceca Bragg (TLH) Allen Burbey (TLH) Lyoa Burns (TLH) Kelby Carter (TLH) Shaun Edwards (TLH) Craig Pfeiler (TLH) Louis Scbers (TLH) Wayne Southwell (TLH) | Christena Hanna (ATL) James Highsmith (ATL) Nicole Ivey (ATL) Bryan Plomas (ATL) Jamoee Turner (ATL) Ben Johnson (RDU) Stacy Maurice (RDU) | Kevin Coleman (ATL) Kimberly Dixon (ATL) Meshesh John James (ATL) Deborah Ware (ATL) AVSS Elizabeth Zygas (ATL) |



**HHS Employee Details**

| Last name | Conway |
|---|---|
| First name | Alexis |
| Agency | OIG |
| Organization | HHS/OIG/OCIG |
| Job title | Senior Counsel |
| Phone | 202-205-3212 |
| Internet e-mail | Alexis.Conway@oig.hhs.gov |

Browse Organizations | Search employees | Customize

Directory services provided by Program Support Center
To make corrections, see the HHS directory contact list.

HHS Home | Questions? | Contact Us | Site Map | Accessibility | Privacy Policy | Freedom of Information Act | Disclaimers
The White House | FirstGov
U.S. Department of Health & Human Services • 200 Independence Avenue, S.W. • Washington, D.C. 20201

11

Robert Eckert THEN United States Department of Health & Human Services Office of the Secretary/ FOIA Director under the Office of the Assistant Secretary for Administration



**HHS Employee Details**

| | |
|---|---|
| Last name | Daley |
| First name | Garfield |
| Middle name | O |
| Agency | OS |
| Organization | HHS/OS/ASPA |
| Job title | Public Affairs Specialist |
| Room | 2208 |
| Duty station | Washington District of Columbia |
| Mail stop | 330 C Street SW Switzer BLDG |
| Phone | (202) 690-8055 |
| Internet e-mail | Garfield.Daley@hhs.gov |

Browse Organizations | Search employees | Customize

Directory services provided by Program Support Center
To make corrections, see the HHS directory contact list.

HHS Home | Questions? | Contact Us | Site Map | Accessibility | Privacy Policy | Freedom of Information Act | Disclaimers

The White House | FirstGov

U.S. Department of Health & Human Services • 200 Independence Avenue, S.W. • Washington, D.C. 20201



**HHS Employee Details**

| | |
|---|---|
| Last name | Johnson |
| First name | Brian |
| Middle name | C |
| Agency | OIG |
| Organization | HHS/OIG/OAS |
| Job title | Audit Manager |
| Phone | 404-562-7788 |
| Fax | 404-562-7795 |
| Internet e-mail | Brian.Johnson@oig.hhs.gov |

Browse Organizations | Search employees | Customize

Directory services provided by Program Support Center
To make corrections, see the HHS directory contact list.

HHS Home | Questions? | Contact Us | Site Map | Accessibility | Privacy Policy | Freedom of Information Act | Disclaimers

The White House | FirstGov

U.S. Department of Health & Human Services • 200 Independence Avenue, S.W. • Washington, D.C. 20201



**HHS Employee Details**

| | |
|---|---|
| Last name | White |
| First name | Bonita |
| Middle name | V. |
| Agency | OS |
| Organization | OS/ASA/OHR |
| Job title | Director Diversity & Inclusion Division |
| Room | Suite 1318 Room |
| Duty station | Washington DC |
| Mail stop | 330 C Street SW |
| Phone | (202) 690-6674 |
| Fax | (202) 690-6758 |
| Internet e-mail | Bonita.White@HHS.GOV |

Browse Organizations | Search employees | Customize

Directory services provided by Program Support Center
To make corrections, see the HHS directory contact list.

HHS Home | Questions? | Contact Us | Site Map | Accessibility | Privacy Policy | Freedom of Information Act | Disclaimers
The White House | FirstGov
U.S. Department of Health & Human Services • 200 Independence Avenue, S.W. • Washington, D.C. 20201

THEN DHHS Agency OS/EEO Director & DHHS Agency EEO Director and
ODME acting Director



**HHS Employee Details**

| | |
|---|---|
| Last name | Wilson |
| First name | Reynolds |
| Middle name | R. |
| Agency | OIG |
| Organization | HHS/OIG/OCIG |
| Job title | Deputy Branch Chief Advice |
| Phone | 202-205-9212 |
| Fax | 202-205-9758 |
| Internet e-mail | Reynolds.Wilson@oig.hhs.gov |

Browse Organizations | Search employees | Customize

Directory services provided by Program Support Center
To make corrections, see the HHS directory contact list.

HHS Home | Questions? | Contact Us | Site Map | Accessibility | Privacy Policy | Freedom of Information Act | Disclaimers
The White House | FirstGov
U.S. Department of Health & Human Services • 200 Independence Avenue, S.W. • Washington, D.C. 20201

Susan Callahan

Brian C. Johnson, CPA
Advance Techniques & Information Technology Audit Manager
United States Department of Health & Human Services
Office of Inspector General/Office of the Secretary
Office of Audits Services, ATLANTA, GEORGIA (Region 4)
61 Forsyth Street, SW, Room 3T41

13

Atlanta, Georgia 30303

Alexis S. Conway, Senior Counsel
U.S. DHHS, Office of the Secretary OIG/Office of Counsel to the Inspector
General
330 Independence Ave., S.W. Room 5527, Cohen Building Washington, DC
20201







Chrome File Edit View History Bookmarks People Window Help Fri 3:26:51 pm ~mjones95@gsu.edu

Adobe PDF Services × Moshea-John

https://cloud.acrobat.com/sentfiles/3NA6cSJgSEyaQID5Yd3CHA

Adobe PDF Services Moshea

Copy of Summons and Petition notice filed against you in your official capacity in this public class action civil litigation case No. 1:16-cv-01262-LMM-WEJ

Unshare Forward

~UNITED STATES DISTRICT COURT PDF PRINT in BLACK and White.pdf

50HarvCRCLLRev153.pdf

EC Document 0001 (1).pdf

Of Rights and Remedies- The Constitution as a Sword.pdf

Petition for Agency Review in the United States Court of Appeals for the 11th Circuit 16-10945 from the OFFICE OF FEDERAL OPERATIONS (OFO) for UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION Docket Nos. 0120131578; 0120122573, 0120122702 (1).pdf

MESSAGE

I have shared some files with you. Please click on the link to view and download them, that which, is Copy of Summons and Petition notice filed against you in your official capacity in this public class action civil litigation case No. 1:16-cv-01262-LMM-WEJ

You are hereby served by the almighty God

MosheA John Jones
310 Woodstock Dr. SW
Atlanta, Georgia 30331

VIEWED BY

| | |
|---|---|
| Christine.Smith@hhs.gov | 0 |
| Peter.Barbera@oig.hhs.gov <Peter.Barbera@oig.hhs.g... | 0 |
| Robert.Eckert@hhs.gov | 0 |
| alexis s conway <alexis.conway@oig.hhs.g... | 0 |
| bonita.white@hhs.gov | 0 |
| brian.johnson@oig.hhs.gov | 0 |
| cynthia.richardson-crooks@hhs.gov | 0 |
| dni-pao@dni.gov | 0 |
| erica.harris@oig.hhs.gov | 0 |
| garfield daley <garfield.daley@hhs.gov> | 0 |
| media@hhs.gov | 0 |

View Full Activity

Notify when recipients viewed

AND Hand delivered to Fulton County Government of the State of Georgia, that which, established the Federal Government of the United States [of America] Chief Executive(s) Officers Attorney's Office for Fulton County Government... in anticipation of them to be added as a plaintiff and/or a defendant as well as Blue Cross Blue Shield of Georgia that received USPS certified mail shown above ... because I understand we are in class certification phase 1 [liability] stage now!

*Moshea John Jones*
*310 Woodstock Dr. SW*
*Atlanta, Georgia 30331*
*T. +1 (404) 694-0120*
*F. +1 (404) 699-0574*

17